THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | 2:07-CV-607-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION; et al.,** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**GENERAL ELECTRIC COMPANY,** c/o Its Registered Agent: C T Corporation

System, One Commercial Plaza, Hartford, CT 06103.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,     )
                                          )
                                          )
               Plaintiffs,        )                **CIVIL ACTION NO.**
vs.                                 )   2:07-cv-607-WKW
                                 )
**A. O. SMITH ELECTRICAL PRODUCTS** )
**COMPANY, a division of A.O. SMITH**   )      **JURY DEMAND**
**CORPORATION, et al,,**                )
                               )
            Defendants.

## SUMMONS

TO DEFENDANT:

**NATIONAL SERVICE INDUSTRIES, f/k/a NORTH BROTHERS COMPANY,**

5600 Roswell Road, N.E., Suite 390N, Atlanta, GA 30067.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                           Debra P. Hackett, Acting Clerk

                           By :

                           Deputy Clerk

                           Clerk, U.S. District Court
                           Middle District of Alabama
                           One Church Street
                           Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**              )
                                             )
                                             )
                  Plaintiffs,                )         CIVIL ACTION NO.
vs.                                          )
                                             )
**A. O. SMITH ELECTRICAL PRODUCTS**          )         **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**        )              **JURY DEMAND**
**CORPORATION, et al,,**                     )
                                             )
                  Defendants.                )

## SUMMONS

TO DEFENDANT:

      **AMERICAN OPTICAL CORPORATION,** 100 Mechanic Street, Southbridge,

MA  04550.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                             Debra P. Hackett, Acting Clerk

                             By:

                               Deputy Clerk

            Clerk, U.S. District Court
            Middle District of Alabama
            One Church Street
            Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,                    )
                                               )
            Plaintiffs,                        )
                                               )
vs.                                            )          CIVIL ACTION NO.
                                               )
A. O. SMITH ELECTRICAL PRODUCTS                )
COMPANY, a division of A.O. SMITH              )          2:07-CV-607-WKW
CORPORATION; et al.,                           )          JURY DEMAND
                                               )
            Defendant.                         )

## SUMMONS

TO DEFENDANT:

   **AMERICAN STANDARD, INC.,** c/o C.T. Corporation System, 1201 Peachtree Street NE, Atlanta, GA 30361.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                              Debra P. Hackett, Acting Clerk

                              By: _____

                                   Deputy Clerk

                         Clerk, U.S. District Court
                         Middle District of Alabama
                         One Church Street
                         Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | **2:07-CV-607-WKW** |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | | |

## SUMMONS

TO DEFENDANT:

**EXTECO, INC.,** f/k/a **THERMO ELECTRIC CO., INC.,** 109 North Fifth Street,

Saddle Brook, NJ 07663.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                               )
                                               )
                    Plaintiffs,                )        CIVIL ACTION NO.
vs.                                            )
                                               )
**A. O. SMITH ELECTRICAL PRODUCTS**            )        **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**          )        **JURY DEMAND**
**CORPORATION, et al,,**                       )
                                               )
                    Defendants.                )

### SUMMONS

TO DEFENDANT:

     **CONWED CORPORATION**, c/o CT Corporation, 208 S. Lasalle Street, Chicago,

IL 60604.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                          Debra P. Hackett, Acting Clerk

                          By:

                               Deputy Clerk

                          Clerk, U.S. District Court
                          Middle District of Alabama
                          One Church Street
                          Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                                          )
                    Plaintiffs,                               )
vs.                                                                   )            **CIVIL ACTION NO.**
                                                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**      )            **2:07-CV-607-WKW**
**CORPORATION; et al.,**                            )            **JURY DEMAND**
                                                                          )
                    Defendant.                           )

## SUMMONS

TO DEFENDANT:

**JOHN CRANE** f/k/a **JOHN CRANE PACKING COMPANY**, a Delaware

Corporation, c/o Its Registered Agent: The Corporation Trust Center, 1201 Orange Street,

Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**    )
    )
    )
    Plaintiffs,    )    **CIVIL ACTION NO.**
vs.    )
    )
**A. O. SMITH ELECTRICAL PRODUCTS**    )    **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**    )    **JURY DEMAND**
**CORPORATION; et al.,**    )
    )
    Defendant.    )

## SUMMONS

TO DEFENDANT:

**KELLY-MOORE PAINT COMPANY, INC.,** c/o Its President, 987 Commercial

St., San Carlos, CA 94070.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**            )
                                           )
                                           )
                    Plaintiffs,            )            **CIVIL ACTION NO.**
vs.                                        )
                                           )
**A. O. SMITH ELECTRICAL PRODUCTS**        )            **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**      )            **JURY DEMAND**
**CORPORATION, et al,,**                   )
                                           )
                    Defendants.            )

## SUMMONS

TO DEFENDANT:

**BECHTEL CONSTRUCTION COMPANY,** c/o Its Registered Agent:  CT

Corporation System, 631 Lakeland E. Drive, Flowood, Mississippi 39232.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By : _____
       Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                                         )
                                                                         )
                         Plaintiffs,                            )              **CIVIL ACTION NO.**
vs.                                                               )
                                                                         )              2:07-CV-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**      )              **JURY DEMAND**
**CORPORATION; et al.,**                          )
                                                                         )
                         Defendant.                           )

## SUMMONS

TO DEFENDANT:

**OWENS-ILLINOIS, INC.,** an Ohio Corporation, c/o its registered agent: The

Corporation Trust Co., Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                                    Debra P. Hackett, Acting Clerk

                                                    By :

                                                    Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                    )
                                                   )
                                                   )
                    Plaintiffs,                    )        **CIVIL ACTION NO.**
vs.                                                )        2:07-CV-607-WKW
                                                   )
**A. O. SMITH ELECTRICAL PRODUCTS**               )
**COMPANY, a division of A.O. SMITH**             )        **JURY DEMAND**
**CORPORATION, et al,,**                          )
                                                   )
                    Defendants.

## SUMMONS

TO DEFENDANT:

### ROCKBESTOS-SURPRENANT CABLE CORPORATION, f/k/a THE

### ROCKBESTOS COMPANY, 172 Sterling Street, Clinton, MA  01510.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By: _____
         Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,** )
)
Plaintiffs, )
)
vs. )
) **CIVIL ACTION NO.**
)
**A. O. SMITH ELECTRICAL PRODUCTS** ) 2:07-CV-607-WKW
**COMPANY, a division of A.O. SMITH** )
**CORPORATION, et al,,** )
) **JURY DEMAND**
Defendants. )
)
)

## SUMMONS

TO DEFENDANT:

**SURFACE COMBUSTION,** 1700 Indian Wood Circle, Maumee, Ohio 43537.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT, A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

**GRADY O. HUMPHREYS, et al.,**

2007 JUN 29 P 2: 26

Plaintiffs,

vs.

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION; et al.,**

Defendant.

)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

2:07-CV-607-WKW

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

**CLEAVER BROOKS,** a division of **AQUA-CHEM,** 11950 West Lake Park Drive

Milwaukee, WI 53224.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**          )
                                          )
                    Plaintiffs,           )
                                          )
vs.                                       )
                                          )        **CIVIL ACTION NO.**
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )        2:07-CV-607-WKW
**CORPORATION, et al,,**                  )
                                          )        **JURY DEMAND**
                    Defendants.           )
                                          )

## SUMMONS

TO DEFENDANT:

    **PNEUMO ABEX LLC,** successor in interest to **ABEX CORPORATION,** ,

successor in interest to **ABEX CORPORATION,** highest ranking officer at 3rd Street and

Jefferson Avenue, Camden, NJ  08104.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT/ A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                     Debra P. Hackett, Acting Clerk

                     By:

                     Deputy Clerk

                     Clerk, U.S. District Court
                     Middle District of Alabama
                     One Church Street
                     Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**       )
                                      )
                                      )
            Plaintiffs,               )           **CIVIL ACTION NO.**
vs.                                   )           2:07-CV- 607-WKW
                                      )
**A. O. SMITH ELECTRICAL PRODUCTS**   )
**COMPANY, a division of A.O. SMITH** )
**CORPORATION; et al.,**              )           **JURY DEMAND**
                                      )
            Defendant.                )

### SUMMONS

TO DEFENDANT:

   **BORG-WARNER CORPORATION**, by its successor in interest,

**BORGWARNER MORSE TEC INC.,** 3850 Hamlin Road, Auburn Hills, MI 48326.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                                    Debra P. Hackett, Acting Clerk

                                    By : _____

                                         Deputy Clerk
                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**    )
                                   )
                                   )
            Plaintiffs,            )          **CIVIL ACTION NO.**
vs.                                )
                                   )          2:07-cv-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS** )
**COMPANY, a division of A.O. SMITH** )        **JURY DEMAND**
**CORPORATION; et al.,**            )
                                   )
            Defendant.             )

## SUMMONS

TO DEFENDANT:

**INDUSTRIAL HOLDINGS, CORPORATION** f/k/a **THE CARBORUNDUM COMPANY**, a New York Corporation, c/o Its Registered Agent: Prentice-Hall Corporation Systems, Inc., 80 State Street, Albany, NY 12207.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                    Debra P. Hackett, Acting Clerk

                                    By:

                                        Deputy Clerk


Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                               )
                                               )
                    Plaintiffs,                )        CIVIL ACTION NO.
vs.                                            )
                                               )        2:07-CV-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**            )
**COMPANY, a division of A.O. SMITH**          )
**CORPORATION; et al.,**                       )
                                               )        **JURY DEMAND**
                    Defendant.                 )

## SUMMONS

TO DEFENDANT:

**CLARK-RELIANCE CORPORATION,** c/o Mr. Dennis L. Pesek, 16633 Foltz,

Industrial Parkway, Strongsville, OH  44136.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                                        Debra P. Hackett, Acting Clerk

                                        By : _____
                                              Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**            )
                                           )
                                           )
                Plaintiffs,                )        **CIVIL ACTION NO.**
vs.                                        )        **2:07-CV-607-WKW**
                                           )
**A. O. SMITH ELECTRICAL PRODUCTS**        )
**COMPANY, a division of A.O. SMITH**      )        **JURY DEMAND**
**CORPORATION, et al,,**                   )
                                           )
                Defendants.                )

## SUMMONS

TO DEFENDANT:

    **BAYER CROPSCIENCE, INC.**, individual and as successor to **AVENTIS CROPSCIENCE USA, INC.** f/k/a **RHONE-POULENCE AG CO.**, f/k/a **AMCHEM, PRODUCTS, INC.**, **BENJAMIN FOSTER CO.**, c/o Its Agent: Corporation Service Company, 80 State Street, Albany, New York  12207-2543.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                               )
                                                               )
                                                               )
                          Plaintiffs,                    )                    CIVIL ACTION NO.
vs.                                                         )                    2:07CV.607-WKW
                                                               )
**A. O. SMITH ELECTRICAL PRODUCTS**      )
**COMPANY, a division of A.O. SMITH**         )                    **JURY DEMAND**
**CORPORATION, et al,,**                         )
                                                               )
                          Defendants.

## SUMMONS

TO DEFENDANT:

    **ALBANY INTERNATIONAL,** c/o Its Registered Agent: CT Corporation System

8550 United Plaza Blvd., Baton Rouge, LA  70809.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                                      Debra P. Hackett, Acting Clerk

                                        By:
                                        Deputy Clerk
                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**     )
          )
       Plaintiffs,       )
vs.              )     **CIVIL ACTION NO.**
          )     2:07-CV-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**   )
**COMPANY, a division of A.O. SMITH**   )
**CORPORATION; et al.,**       )     **JURY DEMAND**
          )
       Defendant.      )

## SUMMONS

TO DEFENDANT:

    **GOODYEAR TIRE AND RUBBER CO.,** c/o Its Registered Agent: C.T.

Corporation Systems, 621 Lakeland Drive East, Flowood, MS 39208.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT/ A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                   Debra P. Hackett, Acting Clerk

                   By:

                      Deputy Clerk

                Clerk, U.S. District Court
                Middle District of Alabama
                One Church Street
                Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**           )
                                          )
                                          )
              Plaintiffs,                 )        **CIVIL ACTION NO.**
vs.                                       )        2:07 - CV-0607-WKW
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )        **JURY DEMAND**
**CORPORATION; et al.,**                  )
                                          )
              Defendant.                  )

## SUMMONS

TO DEFENDANT:

    **UNION CARBIDE CORPORATION,** c/o The Corporation Company, 30600

Telegraph Road, Bingham Farms, MI 48025.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                                   Debra P. Hackett, Acting Clerk

                                   By :

                                   Deputy Clerk

                                   Clerk, U.S. District Court
                                   Middle District of Alabama
                                   One Church Street
                                   Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**          )
                                         )
       Plaintiffs,                  )
                                         )          **CIVIL ACTION NO.**
vs.                                      )
                                         )          2:07-CV-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**      )          **JURY DEMAND**
**COMPANY, a division of A.O. SMITH**    )
**CORPORATION, et al,,**                 )
                                         )
       Defendants.                  )
                                         )

## SUMMONS

TO DEFENDANT:

    **ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST**, c/o
Margaret Barr Bruemmer, Trustee, 3500 Corben Court, Madison, WI 53704

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT/ A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                    Debra P. Hackett, Acting Clerk

                    By :
                            Deputy Clerk

                    Clerk, U.S. District Court
                    Middle District of Alabama
                    One Church Street
                    Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**     )
     )
     )
     Plaintiffs,     )     **CIVIL ACTION NO.**
vs.     )   2:07-CV-WTHWKW
     )
**A. O. SMITH ELECTRICAL PRODUCTS**     )
**COMPANY, a division of A.O. SMITH**     )     **JURY DEMAND**
**CORPORATION, et al,,**     )
     )
     Defendants.

<u>**SUMMONS**</u>

TO DEFENDANT:

    **CROWN, CORK & SEAL COMPANY, INC.,** c/o Its President William J. Avery,

One Crown Way, Philadelphia, PA 19154.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                         Debra P. Hackett, Acting Clerk

                         By: _____

                            Deputy Clerk

                         Clerk, U.S. District Court
                         Middle District of Alabama
                         One Church Street
                         Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                )
                                                )
             Plaintiffs,                        )          CIVIL ACTION NO.
vs.                                             )          2:07-CV-607-WKW
                                                )
**A. O. SMITH ELECTRICAL PRODUCTS**            )
**COMPANY, a division of A.O. SMITH**          )          **JURY DEMAND**
**CORPORATION; et al.,**                        )
                                                )
             Defendant.                         )

<u>**SUMMONS**</u>

TO DEFENDANT:

**INGERSOLL-RAND COMPANY,** 180 Cherokee Street NE, Marietta, GA 30060.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                        Debra P. Hackett, Acting Clerk
                                        By:
                                        Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | 2: 07-CV-607-WKW |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**FOSTER-WHEELER CORPORATION,** c/o The Prentice-Hall Corporation

System, Inc., 80 State Street, Albany, NY 12207.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                                        )
          Plaintiffs,                     )
                                                                        )          **CIVIL ACTION NO.**
vs.                                                                  )          **2:07-CV-607-WKW**
                                                                        )
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**       )          **JURY DEMAND**
**CORPORATION; et al.,**                          )
                                                                        )
          Defendant.                     )

### SUMMONS

TO DEFENDANT:

    **GARLOCK SEALING TECHNOLOGIES, L.L.C.,** c/o C T Corporation System,

225 Hillsborough Street, Raleigh, NC 27603.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                      Debra P. Hackett, Acting Clerk

                      By:

                      Deputy Clerk

                      Clerk, U.S. District Court
                      Middle District of Alabama
                      One Church Street
                      Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**       )
                                      )
              Plaintiffs,             )
vs.                                   )          CIVIL ACTION NO.
                                      )
**A. O. SMITH ELECTRICAL PRODUCTS**   )
**COMPANY, a division of A.O. SMITH** )          **2:07-CV-607-WKW**
**CORPORATION, et al,,**              )          **JURY DEMAND**
                                      )
              Defendants.             )
                                      )

## SUMMONS

TO DEFENDANT:

**FLAME REFRACTORIES, INC.**, c/o Its Agent for Service, CT Corporation

System, 1200 South Pine Island Road, Plantation, FL  33324.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT/ A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                      Debra P. Hackett, Acting Clerk

                                      By: _____
                                          Deputy Clerk

                                      Clerk, U.S. District Court
                                      Middle District of Alabama
                                      One Church Street
                                      Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,          )
                                      )
                                      )
          Plaintiffs,                 )          CIVIL ACTION NO.
vs.                                   )          2:07-CV-607-WKW
                                      )
A. O. SMITH ELECTRICAL PRODUCTS       )
COMPANY, a division of A.O. SMITH     )          JURY DEMAND
CORPORATION; et al.,                  )
                                      )
          Defendant.                  )

## SUMMONS

TO DEFENDANT:

   COOPER INDUSTRIES, LLC, f/n/a COOPER INDUSTRIES, INC. ,

individually and as successor-in-interest to CROUSE-HINDS, c/o Its President, P.O. Box

4446, Houston, TX 77210-4446.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One

Independence Plaza, Suite 612, Birmingham, Alabama  35209, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT/ A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                              Debra P. Hackett, Acting Clerk

                              By: _____
                                   Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                    )
                                                   )
                                                   )
                    Plaintiffs,                    )          **CIVIL ACTION NO.**
vs.                                                )          2:07CV607-WKW
                                                   )
**A. O. SMITH ELECTRICAL PRODUCTS**                )
**COMPANY, a division of A.O. SMITH**              )          **JURY DEMAND**
**CORPORATION, et al,,**                           )
                                                   )
                    Defendants.                    )

## SUMMONS

TO DEFENDANT:

　　　　**A.O. SMITH CORPORATION**, Prentice Hall Corporation Systems, Inc., 2711

Centerville Road, Suite 400, Wilmington, DE  19808-1645.

　　　　You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                        Debra P. Hackett, Acting Clerk

                                        By

                                                Deputy Clerk


                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**GRADY O. HUMPHREYS, et al.,**

Plaintiffs,

vs.

**A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION; et al.,**

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.

**2:07-CV-607-WKW**
**JURY DEMAND**

**SUMMONS**

TO DEFENDANT:

**FMC CORPORATION,** individually and on behalf of its former **CONSTRUCTION EQUIPMENT GROUP,** and former **PEERLESS PUMP DIVISION, COFFIN TURBO PUMPS and CHICAGO PUMPS,**

c/o C.T. Corporation Systems, 1201 Peachtree Street, NE, Atlanta, GA 30301.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                  )
                                                 )
                                                 )
                  Plaintiffs,                    )
vs.                                              )        CIVIL ACTION NO.
                                                 )        **2:07-CV-607-WKW**
**A. O. SMITH ELECTRICAL PRODUCTS**              )
**COMPANY, a division of A.O. SMITH**            )        **JURY DEMAND**
**CORPORATION, et al,,**                          )
                                                 )
                  Defendants.                    )

## SUMMONS

TO DEFENDANT:

**EMERSON ELECTRIC CO.** 180 Cherokee Street NE, Marietta, GA 30060.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT/ A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                              )
                                              )
              Plaintiffs,                     )          **CIVIL ACTION NO.**
                                              )
vs.                                           )
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**           )          **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**         )          **JURY DEMAND**
**CORPORATION; et al.,**                       )
                                              )
              Defendant.                      )

### SUMMONS

TO DEFENDANT:

**BONDEX INTERNATIONAL INC.,** c/o Its Registered Agent:  Prentice-Hall

Corporation System, Inc., 50 W. Broad Street, Columbus, Ohio  43215.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

Debra P. Hackett, Acting Clerk

By _____
          Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| | ) | |
| vs. | ) | |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | **2:07-CV-607-WKW** |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

   **CRANE CO.,** individually and as successor in interest to **DEMING PUMP, CYCLOTHERM, HYDRO-AIRE, LEAR ROMEC, RESISTOFLEX, SWARTWOUT CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY, HEMPUMP,** and **BURKS PUMPS,** c/o its CEO, Robert S. Evans, CT Corporation, 1201 Peachtree St., N.E., Atlanta, GA 30361.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By _[signature]_

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA


**GRADY O. HUMPHREYS, et al.,**                    )
                                                   )
                                                   )
                    Plaintiffs,                    )          **CIVIL ACTION NO.**
                                                   )          **2:07-CV-607-WKW**
vs.                                                )
                                                   )
**A. O. SMITH ELECTRICAL PRODUCTS**                )
**COMPANY, a division of A.O. SMITH**              )          **JURY DEMAND**
**CORPORATION; et al.,**                           )
                                                   )
                    Defendant.                     )


### SUMMONS

TO DEFENDANT:

    **ASTEN JOHNSON, INC.,** individually and as successor-in-interest to **ASTEN, INC.,** successor-in-interest by way of name change to **ASTEN GROUP, INC.,** formerly trading as **ASTEN-HILLS MANUFACTURING CO.,** 4399 Corporate Road, Charleston, SC 29405.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                                      Debra P. Hackett, Acting Clerk

                                       By:

                                       Deputy Clerk

                                       Clerk, U.S. District Court
                                       Middle District of Alabama
                                         One Church Street
                                       Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | **2:07-CV-607-WKW** |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**BUFFALO PUMP, INC.,** 874 Oliver Street, North Tonawanda, New York 14120,

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By: _[signature]_

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**          )
)
)
Plaintiffs,          )          **CIVIL ACTION NO.**
)          **2:07-CV-607-WKW**
vs.          )
)
**A. O. SMITH ELECTRICAL PRODUCTS**          )
**COMPANY, a division of A.O. SMITH**          )          **JURY DEMAND**
**CORPORATION; et al.,**          )
)
Defendant.          )

## SUMMONS

TO DEFENDANT:

   **BELL & GOSSETT,** a subsidiary of **ITT INDUSTRIES, INC.,** c/o Robert L.

Ayers, 8200 N. Austin Avenue, Morton Grove, Illinois  60053.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By : _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**               )
                                                                      )
                 Plaintiffs,                                     )
                                                                      )          **CIVIL ACTION NO.**
vs.                                                                 )
                                                                      )          **2:07-CV-607-WKW**
**A. O. SMITH ELECTRICAL PRODUCTS**  )
**COMPANY, a division of A.O. SMITH**    )
**CORPORATION; et al.,**                             )
                                                                      )          **JURY DEMAND**
                 Defendant.                                   )

<u>**SUMMONS**</u>

TO DEFENDANT:

      **FOSECO, INC.,** c/o The Corporation Trust Company, 1209 N. Orange Street,

Wilmington, DE  19801.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By: _____
                 Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**              )
                                             )
            Plaintiffs,                      )          CIVIL ACTION NO.
vs.                                          )
                                             )
**A. O. SMITH ELECTRICAL PRODUCTS**          )
**COMPANY, a division of A.O. SMITH**        )          **2:07-CV-607-WKW**
**CORPORATION; et al.,**                     )          **JURY DEMAND**
                                             )
            Defendant.                       )

## SUMMONS

TO DEFENDANT:

    **EATON CORP.**, c/o The Corporation Company, 2000 Interstate Park Drive, Suite

204, Montgomery, AL 36109.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                             Debra P. Hackett, Acting Clerk

                             By:

                             Deputy Clerk
                             Clerk, U.S. District Court
                             Middle District of Alabama
                             One Church Street
                             Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO.** |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | **2:07-CV-607-WKW** |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION, et al,,** | ) | |
| | ) | |
| Defendants. | | |

## SUMMONS

TO DEFENDANT:

NIKKO MATERIALS USA, INC., d/b/a GOULD ELECTRONICS INC., individually and as successor in interest to GOULDS, INC., IMPERIAL CORPORATION, EASTMAN CORPORATION, IMPERIAL EASTMAN CORPORATION, ITE CIRCUIT BREAKER COMPANY, AND CENTURY ELECTRIC, 34929 Curtis Boulevard, Eastlake, Ohio, 449095.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One

Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,    )
    )
    )
    )                CIVIL ACTION NO.
         Plaintiffs,    )              **2:07-CV-607-WKW**
vs.    )
    )
A. O. SMITH ELECTRICAL PRODUCTS    )
COMPANY, a division of A.O. SMITH    )          **JURY DEMAND**
CORPORATION, et al,,    )
    )
         Defendants.

## SUMMONS

TO DEFENDANT:

    **ANCHOR DARLING VALVE COMPANY,** c/o John J. Chappell, 701 First Street,

Williamsport, PA  17701.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                     Debra P. Hackett, Acting Clerk

                     By :
                          Deputy Clerk

                     Clerk, U.S. District Court
                     Middle District of Alabama
                     One Church Street
                     Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                    )
                                                  )
                                                  )
                  Plaintiffs,                     )        **CIVIL ACTION NO.**
                                                  )        2:07-CV-007-WKW
vs.                                               )
                                                  )
**A. O. SMITH ELECTRICAL PRODUCTS**              )        **JURY DEMAND**
**COMPANY, a division of A.O. SMITH**            )
**CORPORATION, et al,,**                          )
                                                  )
                  Defendants.

## SUMMONS

TO DEFENDANT:

**UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.,** c/o Its

President, Joseph P. Flannery, 70 Great Hill Road, Naugatuck, CT  06770.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT., A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By : _____
     Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                    )
                                                   )
                                                   )
                    Plaintiffs,                    )          **CIVIL ACTION NO.**
                                                   )          2:07-cv-607-WKW
vs.                                                )
                                                   )
**A. O. SMITH ELECTRICAL PRODUCTS**                )          **JURY DEMAND**
**COMPANY, a division of A.O. SMITH**              )
**CORPORATION, et al,,**                           )
                                                   )
                    Defendants.                    )

## SUMMONS

TO DEFENDANT:

      **HARNISCHFEGER CORPORATION**, P. O. Box 554, Milwaukee, Wisconsin 53201.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                   Debra P. Hackett, Acting Clerk

                                   By

                                         Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**          )
                                          )
                                          )
          Plaintiffs,                     )          **CIVIL ACTION NO.**
vs.                                       )          2: 0̶0̶ 07-cv-607-WKN
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )          **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
          Defendants.                     )

## SUMMONS

TO DEFENDANT:

    **CRANE PUMPS SYSTEMS**, individually and as successor to all pump companies

acquired by **CRANE**, 420 Third Street, Piqua, Ohio, 45356.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                         Debra P. Hackett, Acting Clerk

                         By :

                         Deputy Clerk

                         Clerk, U.S. District Court
                         Middle District of Alabama
                         One Church Street
                         Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                               )
       Plaintiffs,                     )
vs.                                            )       **CIVIL ACTION NO.**
                                               )
**A. O. SMITH ELECTRICAL PRODUCTS**            )    2 07-CV-W7-WKN
**COMPANY, a division of A.O. SMITH**          )
**CORPORATION; et al.,**                       )      **JURY DEMAND**
                                               )
       Defendant.                      )
                                               )

<u>**SUMMONS**</u>

TO DEFENDANT:

**HONEYWELL, INC.,** specifically excluding liability for NARCO, individually and as successor to **ALLIED SIGNAL, BENDIX, WHEELABRATOR, RUST ENGINEERING,** and **ALLIED CHEMICAL,** C/O REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY, 380 JACKSON STREET, SUITE 418, ST. PAUL, MN 55101.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                        Debra P. Hackett, Acting Clerk

                        By :

                        Deputy Clerk

                        Clerk, U.S. District Court
                        Middle District of Alabama
                        One Church Street
                        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**               )
                                              )
                                              )
                        Plaintiffs,           )        **CIVIL ACTION NO.**
vs.                                           )        2:07-CV-607-WKW
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**           )
**COMPANY, a division of A.O. SMITH**         )        **JURY DEMAND**
**CORPORATION, et al,,**                      )
                                              )
                        Defendants.           )

<u>**SUMMONS**</u>

TO DEFENDANT:

**RILEY STOKER, INC. f/k/a BABCOCK BORSIG POWER INC., a/k/a RILEY**

**STOKER CORPORATION,** c/o Its Registered Agent: C.T. Corporation System, 5

Neponset Street, Worcester, MA  01606-1400.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**     )
     )
     )
Plaintiffs,     )     **CIVIL ACTION NO.**
vs.     )
     )
**A. O. SMITH ELECTRICAL PRODUCTS**     )     **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**     )     **JURY DEMAND**
**CORPORATION, et al,,**     )
     )
Defendants.

## SUMMONS

TO DEFENDANT:

     **ZURN INDUSTRIES, INC.** c/o Its Registered Agent, C.T. Corporation, 350 N. St.

Paul Street, Dallas, TX 75201.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7 19 07

     Debra P. Hackett, Acting Clerk

     By :

     Deputy Clerk

     Clerk, U.S. District Court
     Middle District of Alabama
     One Church Street
     Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                )
                        Plaintiffs,             )
vs.                                             )
                                                )        **CIVIL ACTION NO.**
                                                )
**A. O. SMITH ELECTRICAL PRODUCTS**            )        2:07-CV-607-WKW
**COMPANY, a division of A.O. SMITH**          )
**CORPORATION; et al.,**                        )        **JURY DEMAND**
                                                )
                        Defendant.              )

## SUMMONS

TO DEFENDANT:

**MAREMOUNT CORPORATION,** c/o Its Registered Agent: The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                                   )
                                                                  )
                                                                  )
                    Plaintiffs,                                   )          **CIVIL ACTION NO.**
vs.                                                               )          **2:07-CV-607-WKW**
                                                                  )
**A. O. SMITH ELECTRICAL PRODUCTS**                               )
**COMPANY, a division of A.O. SMITH**                             )          **JURY DEMAND**
**CORPORATION, et al,,**                                          )
                                                                  )
                    Defendants.                                   )

## SUMMONS

TO DEFENDANT:

    **THIEM CORPORATION,** Individually and as successor by merger to

**UNIVERSAL REFRACTORIES CORPORATION,** 450 Marquette, Oak Creek, WI

53154.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7|19|07_

                            Debra P. Hackett, Acting Clerk

                            By

                                Deputy Clerk

                            Clerk, U.S. District Court
                            Middle District of Alabama
                            One Church Street
                            Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**        )
                                       )
                                       )
              Plaintiffs,              )        CIVIL ACTION NO.
vs.                                    )        **2:07-CV-607-WKW**
                                       )
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**  )        **JURY DEMAND**
**CORPORATION, et al,,**               )
                                       )
              Defendants.              )

## <u>SUMMONS</u>

TO DEFENDANT:

   **SEPCO CORPORATION,** P.O. Box 860, Valley Forge, PA  19482.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___7|19|07___

                                        Debra P. Hackett, Acting Clerk
                                        By:
                                            Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**              )
                                             )
              Plaintiffs,                    )
vs.                                          )          **CIVIL ACTION NO.**
                                             )
**A. O. SMITH ELECTRICAL PRODUCTS**          )
**COMPANY, a division of A.O. SMITH**        )          **2:07-CV-607-WKW**
**CORPORATION, et al,,**                     )          **JURY DEMAND**
                                             )
              Defendants.                    )

## SUMMONS

TO DEFENDANT:

**SUNBEAM PRODUCTS INCORPORATED, f/k/a SUNBEAM**

**CORPORATION,** c/o Its Registered Agent: CT Corporation, 631 Lakeland East Dr.

Flowood, MS 39232-8815.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___7│19│07___                  Debra P. Hackett, Acting Clerk

                                     By : _____

                                                Deputy Clerk


                                     Clerk, U.S. District Court
                                     Middle District of Alabama
                                     One Church Street
                                     Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                                      )
                                                                      )
                          Plaintiffs,                       )                    **CIVIL ACTION NO.**
vs.                                                              )
                                                                      )
**A. O. SMITH ELECTRICAL PRODUCTS**   )                    **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**     )                    **JURY DEMAND**
**CORPORATION, et al,,**                         )
                                                                      )
                          Defendants.                     )

## SUMMONS

TO DEFENDANT:

     **BRANDON DRYING FABRICS, INC., f/k/a BRANDON SALES CO., INC.,** a subsidiary of **GESCHMAY CORPORATION NORTH AMERICA,** c/o Its Agent for Service of Process, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _____

                                    Debra P. Hackett, Acting Clerk

                                    By: _____
                                       Deputy Clerk

                                       Clerk, U.S. District Court
                                       Middle District of Alabama
                                       One Church Street
                                       Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**           )
                                          )
                                          )
                      Plaintiffs,         )            CIVIL ACTION NO.
vs.                                       )
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )            **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**     )            **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
                      Defendants.

## SUMMONS

TO DEFENDANT:

**GEORGIA PACIFIC CORPORATION,** c/o Its Registered Agent, C.T.

Corporation Systems, 1201 Peachtree Street, N.E., Atlanta, GA 30361.

        You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___7|19|0|___

                                        Debra P. Hackett, Acting Clerk

                                        By _____
                                                Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | **2:07-CV-607-WKW** |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION, et al,,** | ) | |
| | ) | |
| Defendants. | | |

## SUMMONS

TO DEFENDANT:

**GUARD LINE, INC.,** c/o Dennis Stanley, Its President, 215-217 S. Louis Street,

Atlanta, GA  7551-1030.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _____

Debra P. Hackett, Acting Clerk

By: _____
          Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** )<br><br>Plaintiffs, )<br>vs. )<br><br>**A. O. SMITH ELECTRICAL PRODUCTS** )<br>**COMPANY, a division of A.O. SMITH** )<br>**CORPORATION; et al.,** )<br><br>Defendant. ) | **CIVIL ACTION NO.**<br>**2:07-CV-607-WKW**<br><br>**JURY DEMAND** |

## SUMMONS

TO DEFENDANT:

    **KAISER GYPSUM COMPANY, INC.,** CT Corporation System, 818 West 7th Street,

Los Angeles, CA 90017.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                         Debra P. Hackett, Acting Clerk

                                    By :

                                             Deputy Clerk

                                Clerk, U.S. District Court
                                Middle District of Alabama
                                  One Church Street
                                  Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                               )
                                               )
                    Plaintiffs,                )          **CIVIL ACTION NO.**
vs.                                            )          **2:07-CV-607-WKW**
                                               )
**A. O. SMITH ELECTRICAL PRODUCTS**            )
**COMPANY, a division of A.O. SMITH**          )          **JURY DEMAND**
**CORPORATION; et al.,**                       )
                                               )
                    Defendant.                 )

## SUMMONS

TO DEFENDANT:

**TH AGRICULTURE & NUTRITION, LLC,** c/o CSC Lawyers Incorporation

Service Co., 800 Brazos, Austin, TX 78701.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of **Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY**

**DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE**

**COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: ___7 | 19 | 07___

                                   Debra P. Hackett, Acting Clerk

                                   By : _____

                                        Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**               )
                                             )
           Plaintiffs,               )
                                             )
vs.                                          )
                                             )          CIVIL ACTION NO.
                                             )
**A. O. SMITH ELECTRICAL PRODUCTS**          )     2:07-CV-607-WKW
**COMPANY, a division of A.O. SMITH**        )
**CORPORATION, et al,,**                      )
                                             )          **JURY DEMAND**
           Defendants.              )
                                             )

## SUMMONS

TO DEFENDANT:

**BP AMERICA**, as successor in interest to **AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUN CORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ARCO METALS**, as successor in interest to **ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY, AND ANACONDA COMPANY,** c/o ATTN: Legal Department, 200 East Randolph Drive, Chicago, IL 60601.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

Debra P. Hackett, Acting Clerk

By : _____
      Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | 2:07-CV-607-WKW |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | **JURY DEMAND** |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**SQUARED D COMPANY,** c/o Its Registered Agent, Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, IL 62703.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**

           Plaintiffs,

vs.

**A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al,,**

           Defendants.

)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

2:07-CV-607-WKW

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

    **UNITED STATES STEEL CORPORATION,** 600 Grant Street, Pittsburgh,

Pennsylvania 15219.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**    )
                                   )
                                   )
            Plaintiffs,            )
vs.                                )    **CIVIL ACTION NO.**
                                   )    2:07-CV-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**  )    **JURY DEMAND**
**CORPORATION, et al,,**           )
                                   )
            Defendants.

## SUMMONS

TO DEFENDANT:

**SCHNEIDER ELECTRIC INDUSTRIES, S.A.S. NORTH AMERICAN**

**DIVISION,** c/o Its President, 1415 South Roselle Road, Palatine, IL  60067.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                                   Debra P. Hackett, Acting Clerk

                                   By : _____
                                        Deputy Clerk

                                   Clerk, U.S. District Court
                                   Middle District of Alabama
                                   One Church Street
                                   Montgomery, Alabama  36104

THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GRADY O. HUMPHREYS, et al.,     )
)
)
Plaintiffs,     )     **CIVIL ACTION NO.**
vs.     )
)
A. O. SMITH ELECTRICAL PRODUCTS     )
COMPANY, a division of A.O. SMITH     )     **JURY DEMAND**
CORPORATION; et al.,     )
)
Defendant.     )

## SUMMONS

TO DEFENDANT:

**Rapid American Corporation,**
c/o The McCrory Corporation, 1700 Broadway, New York, New York 10019.

You are hereby summoned and required to serve upon plaintiff's attorney(s):
**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7|19|07_

Debra P. Haskett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                    )
                                                    )
                                                    )
                    Plaintiffs,                     )          **CIVIL ACTION NO.**
vs.                                                 )          2:07-cv-607-WCW
                                                    )
**A. O. SMITH ELECTRICAL PRODUCTS**                 )
**COMPANY, a division of A.O. SMITH**               )          **JURY DEMAND**
**CORPORATION; et al.,**                            )
                                                    )
                    Defendant.                      )

### SUMMONS

TO DEFENDANT:

    **OAKFABCO INC.,** successor-in-interest to **KEWANNEE BOILER,** c/o Its
Registered Agent: John T. Huntington, One Mid America Plaza, Suite 1000, Oakbrook
Terrace, IL  60181.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7|19|07_

                    Debra P. Hackett, Acting Clerk

                    By :

                    Deputy Clerk

                    Clerk, U.S. District Court
                    Middle District of Alabama
                    One Church Street
                    Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                )
                                                )
                Plaintiffs,                     )
vs.                                             )      **CIVIL ACTION NO.**
                                                )      2:07-cv-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**             )
**COMPANY, a division of A.O. SMITH**           )
**CORPORATION; et al.,**                        )      **JURY DEMAND**
                                                )
                Defendant.                      )

## SUMMONS

TO DEFENDANT:

**HOBART BROTHERS COMPANY,** c/o Its President, 600 W. Main Street, Troy, OH
45373.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                        Debra P. Hackett, Acting Clerk

                        By :

                        Deputy Clerk

                        Clerk, U.S. District Court
                        Middle District of Alabama
                        One Church Street
                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,    )
                                 )
                                 )
        Plaintiffs,     )      **CIVIL ACTION NO.**
vs.                          )     2:07-CV-607-WKW
                          )
A. O. SMITH ELECTRICAL PRODUCTS  )
COMPANY, a division of A.O. SMITH  )    **JURY DEMAND**
CORPORATION; et al.,          )
                          )
        Defendant.

## SUMMONS

TO DEFENDANT:

    **ITT INDUSTRIES, INC.,** c/o Its Registered Agent C T Corporation System, 111

Eighth Avenue, New York, NY 10011.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_                  Debra P. Hackett, Acting Clerk

                                       By :

                                       Deputy Clerk

               Clerk, U.S. District Court
               Middle District of Alabama
               One Church Street
               Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**          )
                                         )
                                         )
              Plaintiffs,                )          **CIVIL ACTION NO.**
                                         )
vs.                                      )          2:07-CV-607-WKW
                                         )
**A. O. SMITH ELECTRICAL PRODUCTS**      )
**COMPANY, a division of A.O. SMITH**    )          **JURY DEMAND**
**CORPORATION; et al.,**                 )
                                         )
              Defendant.                 )

### SUMMONS

TO DEFENDANT:

　　　**VIACOM INC.,** successor by merger to **CBS Corporation** f/k/a **Westinghouse**

**Electric Corporation**, Westinghouse Building, Gateway Center, 11 Stanwix Street,

Pittsburgh, PA  15222.

　　　You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE:  7/19/07

                                         Debra P. Hackett, Acting Clerk

                                         By :

                                             Deputy Clerk


                                         Clerk, U.S. District Court
                                         Middle District of Alabama
                                         One Church Street
                                         Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**        )
                                       )
                Plaintiffs,            )
                                       )      **CIVIL ACTION NO.**
vs.                                    )
                                       )      2:07-CV-607-WKW
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**  )
**CORPORATION; et al.,**               )      **JURY DEMAND**
                                       )
                Defendant.             )
                                       )

## SUMMONS

TO DEFENDANT:

   **ROCKWELL AUTOMATION**, successor by merger to **ALLEN-BRADLEY CO. ,**

**LLC,** c/o Its President, 1201 S. 2nd Street, Milwaukee, Wisconsin 53204.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___7/19/07___

                                    Debra P. Hackett, Acting Clerk

                                    By : _____
                                         Deputy Clerk


                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,    )
    )
    )
    Plaintiffs,    )        CIVIL ACTION NO.
vs.    )    2:07-CV-607-WKW
    )
A. O. SMITH ELECTRICAL PRODUCTS    )
COMPANY, a division of A.O. SMITH    )        JURY DEMAND
CORPORATION; et al.,    )
    )
    Defendant.

## SUMMONS

TO DEFENDANT:

THE LINCOLN ELECTRIC COMPANY, c/o H. Jay Elliot or Ellis F. Smolik,

22801 St. Clair Avenue, Cleveland, Ohio 44117.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One

Independence Plaza, Suite 612, Birmingham, Alabama 35209, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                )
                                                )
                                                )
                Plaintiffs,                     )        **CIVIL ACTION NO.**
vs.                                             )        2:07-CV-607-WKW
                                                )
**A. O. SMITH ELECTRICAL PRODUCTS**             )
**COMPANY, a division of A.O. SMITH**           )        **JURY DEMAND**
**CORPORATION; et al.,**                        )
                                                )
                Defendant.                      )

## SUMMONS

TO DEFENDANT:

**THE MARLEY-WYLAIN COMPANY,** D/B/A **WEIL-MCLAIN,** 500 Blaine Street,

Michigan City, IN 46360-2388.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

                                Debra P. Hackett, Acting Clerk

                                By :

                                    Deputy Clerk


                                Clerk, U.S. District Court
                                Middle District of Alabama
                                One Church Street
                                Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**           )
                                          )
                    Plaintiffs,           )
vs.                                       )            CIVIL ACTION NO.
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )            **2:07-CV-607-WKW**
**CORPORATION, et al,,**                  )            **JURY DEMAND**
                                          )
                    Defendants.           )
                                          )

## SUMMONS

TO DEFENDANT:

**BP AMOCO CHEMICAL COMPANY,** c/o It's Registered Agent: The Corporation

Company, 120 N. Robinson, Suite 735, Oklahoma, OK  73120.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _____                    Debra P. Hackett, Acting Clerk

                                     By : _____
                                          Deputy Clerk

                                     Clerk, U.S. District Court
                                     Middle District of Alabama
                                     One Church Street
                                     Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,    )
                                  )
                                  )
         Plaintiffs,          )
vs.                              )
                                  )
A. O. SMITH ELECTRICAL PRODUCTS  )
COMPANY, a division of A.O. SMITH  )
CORPORATION, et al,,             )
                                  )
         Defendants.

CIVIL ACTION NO

**2:07-CV-607-WKW**
**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

    **A.W. CHESTERTON COMPANY, c/o Its Registered Agent for service of**

**process to A.W. Chesterton Co, Middlesex Industrial Park, Stoneham, MA  02180.**

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**          )
                                         )
                    Plaintiffs,          )
vs.                                      )          **CIVIL ACTION NO.**
                                         )
**A.O. SMITH ELECTRICAL PRODUCTS**       )       2:07-CV-607-WKW
**COMPANY, a division of A.O. SMITH**    )
**CORPORATION, et al,,**                 )          **JURY DEMAND**
                                         )
                    Defendants.          )
                                         )

## SUMMONS

TO DEFENDANT:

**METROPOLITAN LIFE INSURANCE COMPANY**, One MetLife Plaza, 27-01

Queens Plaza North, Long Island City, New York 11101.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_

                                        Debra P. Hackett, Acting Clerk

                                        By : _____

                                               Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**

               Plaintiffs,

vs.

**A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION; et al.,**

               Defendant.

)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**

2:07-CV-607-WKW

**JURY DEMAND**

### SUMMONS

TO DEFENDANT:

      **CUTLER HAMMER,** currently referred to as **EATON ELECTRICAL, INC.,** c/o

The Corporation Company. 2000 Interstate Park Drive, Suite 204, Montgomery, AL 36109.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**    )
    )
    )
Plaintiffs,    )    CIVIL ACTION NO.
vs.    )
    )
**A. O. SMITH ELECTRICAL PRODUCTS**    )    **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**    )    **JURY DEMAND**
**CORPORATION, et al,,**    )
    )
Defendants.

## SUMMONS

TO DEFENDANT:

**IMO INDUSTRIES, INC.,** formerly **IMO DE LAVAL,** formerly

**TRANSAMERICA DE LAVAL TURBINE,** C/O Its Registered Agent: The Corporation

Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _____        Debra P. Hackett, Acting Clerk

By : _____
        Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**       )
                                   )
                                   )
          Plaintiffs,        )        **CIVIL ACTION NO.**
vs.                            )        **2:07-CV-607-WKW**
                                   )
**A. O. SMITH ELECTRICAL PRODUCTS** )
**COMPANY, a division of A.O. SMITH**   )        **JURY DEMAND**
**CORPORATION, et al,,**              )
                                   )
         Defendants.      )

## SUMMONS

TO DEFENDANT:

    **ARVINMERITOR, INC.** , C/O Its Registered Agent: CT Corporation System

631 Lakeland East Drive, Flowood, MS 39232.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _7/19/07_               Debra P. Hackett, Acting Clerk

                                 By:
                                       Deputy Clerk

                                   Clerk, U.S. District Court
                                   Middle District of Alabama
                                   One Church Street
                                   Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**     )
          )
          )
          Plaintiffs,     )        **CIVIL ACTION NO.**
          )        **2:07-CV-607-WKW**
vs.          )
          )
**A. O. SMITH ELECTRICAL PRODUCTS**  )
**COMPANY, a division of A.O. SMITH**   )       **JURY DEMAND**
**CORPORATION, et al,,**     )
          )
          Defendants.

## SUMMONS

TO DEFENDANT:

    **WARREN PUMPS, INC.,** 82 Bridges Avenue, Warren, PA 01803-0969.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7|19|07

                    Debra P. Hackett, Acting Clerk

                    By

                    Deputy Clerk

                    Clerk, U.S. District Court
                    Middle District of Alabama
                    One Church Street
                    Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | **2:07-CV-607-WKW** |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION, et al,,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SUMMONS

TO DEFENDANT:

    **P&H CRANES**, 4400 W. National Avenue, Milwaukee, Wisconsin 53201.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _____          Debra P. Hackett, Acting Clerk

                                  By _____

                                       Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**     )
                                 )
                                 )
        Plaintiffs,          )       **CIVIL ACTION NO.**
                                 )
vs.                             )
                               )       **2:07-CV-607-WKW**
**A. O. SMITH ELECTRICAL PRODUCTS**  )       **JURY DEMAND**
**COMPANY, a division of A.O. SMITH**   )
**CORPORATION, et al,,**             )
                               )
        Defendants.     )

## SUMMONS

TO DEFENDANT:

## OGLEBAY NORTON COMPANY, North Point Tower, 1001

Lakeside Avenue, 15th Floor, Cleveland, Ohio, 44114.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07                 Debra P. Hackett, Acting Clerk

                                By

                                Deputy Clerk

                                Clerk, U.S. District Court
                                Middle District of Alabama
                                One Church Street
                                Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**              )
                                             )
                                             )
          Plaintiffs,                        )          **CIVIL ACTION NO.**
                                             )
vs.                                          )          2:07-cv-607-WKW
                                             )
**A. O. SMITH ELECTRICAL PRODUCTS**          )
**COMPANY, a division of A.O. SMITH**        )          **JURY DEMAND**
**CORPORATION; et al.,**                     )
                                             )
          Defendant.                         )

## SUMMONS

<u>TO DEFENDANT:</u>

      **GOULDS PUMPS, INC.,** C/O Its Registered Agent: The Corporation Trust,

Company, 1209 Orange Street, Wilmington, DE 19801.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7|19|07

                           Debra P. Hackett, Acting Clerk

                           By:
                                Deputy Clerk

                           Clerk, U.S. District Court
                           Middle District of Alabama
                           One Church Street
                           Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**          )
                                                                  )
                                                                  )
                    Plaintiffs,                           )          **CIVIL ACTION NO.**
                                                                  )
vs.                                                              )
                                                                  )
**A. O. SMITH ELECTRICAL PRODUCTS**   )          **2:07-CV-607-WKW**
**COMPANY, a division of A.O. SMITH**   )          **JURY DEMAND**
**CORPORATION, et al,,**                       )
                                                                  )
                    Defendants.

## SUMMONS

TO DEFENDANT:

    **Anchor Packing Company,** c/o The Corporation Company, 2000 Interstate Parkway

Drive, Suite 204, Montgomery, Al 36109.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7|19|07

                          Debra P. Hackett, Acting Clerk

                          By :

                              Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104