## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anchor Packing
   c/o The Corporation Company
   2000 Interstate Parkway Drive Suite 204
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  The Corporation Company      ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 7-20-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

07cv607

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 9689

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cutler Hammer
   c/o The Corporation Company
   2000 Interstate Park Drive, Suite 204
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  The Corporation Company    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 7-20-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

07cv607

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 4578

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eaton Corp.
   c/o The Corporation Company
   2000 Interstate Park Drive, Suite 204
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  The Corporation Company    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 7-20-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:07cv607

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 4592

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154