| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kim Mannin* ☑ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>*Kim Mannin* |
| 1. Article Addressed to:<br><br>Hobart Brothers Company<br>c/o Its President<br>600 W. Main Street<br>Troy, OH 45373 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*2:07cv607*<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 3110 0004 0799 4561 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540