| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ INGER    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery 7-23 |
| 1. Article Addressed to:<br><br>Flame Refractories, Inc.<br>c/o Its Registered Agent,<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv607<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 3110 0004 0800 2562 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540