

CT
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com

2007 JUL 24 A 9: 58

CLER/
U.S.I
MIDDL

**COPY**

July 23, 2007

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza,
Suite 612,
Birmingham, AL 35209

Re: Grady O. Humphreys, et al., Pltfs. vs. A.O. Smith Electrical Products Company, etc., et al. including Anchor Packing Company, Dfts.

Case No. 2:07 CV 607 WKW

Dear Sir/Madam:

After checking our records and the records of the State of AL, it has been determined that The Corporation Company is not the registered agent for an entity by the name of Anchor Packing Company.

Accordingly, we are returning the documents received from you.

Very truly yours,

Laura Payne

Laura Payne

Log# 512420276

Fed Ex Tracking # 7902 9704 1933

cc: US District Court Middle District
PO Box 711,
Montgomery, AL 36101-0711

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., )<br>)<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>A. O. SMITH ELECTRICAL PRODUCTS )<br>COMPANY, a division of A.O. SMITH )<br>CORPORATION, et al,, )<br>)<br>Defendants. | CIVIL ACTION NO.<br>**2:07-CV-607-WKW**<br><br>JURY DEMAND |

### SUMMONS

TO DEFENDANT:

**Anchor Packing Company,** c/o The Corporation Company, 2000 Interstate Parkway Drive, Suite 204, Montgomery, Al 36109.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/19/07

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

**ANCHOR PACKING COMPANY**
c/o The Corporation Company
2000 Interstate Parkway Drive, Suite 204
Montgomery, Alabama 36109