| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *DALPIN* | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>*DALPIN* | C. Date of Delivery |
| 1. Article Addressed to:<br><br>The Lincoln Electric Company<br>c/o H. Jay Elliot or Ellis F. Smolik<br>22801 St. Clair Avenue<br>Cleveland, OH 44117 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv607 | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | |
| 2. Article Number *(Transfer from service label)* | 7003 1010 0000 1424 2663 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |