| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  The Corporation Company  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    JUL 23 2007  Date of Delivery |
| 1. Article Addressed to:<br><br>Union Carbide Corporation<br>c/o The Corporation Company<br>30600 Telegraph Road<br>Bingham Farms, MI 48025 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2:07C 607 |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0800 2654 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |