**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Albany International
   c/o Its Registered Agent:
   CT Corporation System
   8550 Untied Plaza Blvd
   Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M. Harrison
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M Harrison

C. Date of Delivery
7-23-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv607

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 4882

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540