**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rockwell Automation
c/o Its President
1201 2nd Street
Milwaukee, WI 53204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Donald L Cut_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   _Donald Cort_   C. Date of Delivery   7-23-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0004 0799 4950

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540