| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Bruce LaMay* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  Bruce LaMay Jr    C. Date of Delivery 7-23-07 |
| 1. Article Addressed to:<br><br>Warren Pumps, Inc.<br>82 Bridges Avenue<br>Warren, Pennsylvania 01083-0969 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:07cv607 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7003 3110 0004 0800 2593 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540