| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *James Vega* | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>James Vega | C. Date of Delivery<br>7-23-07 |
| 1. Article Addressed to:<br><br>The Marley-Wylain Company,<br>500 Blaine Street<br>Michigan City, IN 46360-2388 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV607 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7003 3110 0004 0800 2685 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540