| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C/WW* ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) *C Holberg*  C. Date of Delivery *7/23* |
| 1. Article Addressed to:<br><br>Schneider Electric Industries,<br>S.A.S North American Division<br>c/o Its President<br>1415 South Roselle Road<br>Palatine, IL 60067 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>*2. 07cv607*<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1010 0000 1422 0012 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540