| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Metropolitan Life Insurance Com
One Metlife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery  7-23-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv607

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service)
7003 3110 0004 0799 4653

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540