| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*Margaret B Gyle*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery  7-23 |
| 1. Article Addressed to:<br><br>  Allis-Chalmers Corporation Product<br>    Liability Trust<br>  c/o Margaret Barr Bruemmer, Turstee<br>  3500 Corben Court<br>  Madison, WI 53704 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>  2:07cv607 |
|  | 3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7003 3110 0004 0800 2715 |

PS Form 3811, August 2001          Domestic Return Receipt                    102595-02-M-1540