| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _J Faus_  ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) J FAUS    C. Date of Delivery 7/23 |
| 1. Article Addressed to:<br><br>Clark Reliance Corporation<br>c/o Mr. Dennis L. Pesek<br>16633 Foltz Industrial parkway<br>Strongsville, OH 44136 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:07cv607 |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 3110 0004 0799 4714 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540