**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Conwed Corporation
    315 Park Avenue South, 20th Floor
    New York, New York 10010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
A. Dier

C. Date of Delivery
7/25/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv607

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 0799 4752

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540