| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Melissa Dunlap* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Melissa Dunlap<br>C. Date of Delivery: 7/23 |
| 1. Article Addressed to:<br><br>Honeywell, Inc. specifically excluding liability NARCO<br>c/o Corporation Service Co<br>380 Jackson Street, Suite 418<br>St. Paul, MN 55101 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2:07cv607<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0000 1424 2670 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540