**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asten Johnson, Inc.
4399 Corporate Road
Charleston, SC 29405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _C Byrd_    ☑ Agent
             ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_D DYRD_                          7/23/07

D. Is delivery address different from item 1?    ☑ Yes
   If YES, enter delivery address below:          ☐ No

_2:07CV607_

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 0799 4615

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540