

CT
1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com



July 23, 2007

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza,
Suite 612,
Birmingham, AL 35209

Re: Grady O. Humphreys, et al., Pltfs. vs. A.O. Smith Electrical Products Company, etc., et al. including Flame Refractories, Inc., Dfts.

Case No. 2:07-CV-607-WKW

Dear Sir/Madam:

We are returning the Summons, Complaint which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of FL on 05/29/2003. Service can no longer be taken for this entity.

Very truly yours,


Jennifer deMare
Process Specialist

Log# 512424915

FedEx# 799180428189

cc: Debra P. Hackett
    Clerk, US District Court,
    Middle District of Alabama,
    One Church Street,
    Montgomery, AL 36104