**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Harnischfeger Corporation
   P. O. Box 554
   Milwaukee, Wisconsin 53201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]* ☒ Agent ☐ Addressee

B. Received by (Printed Name): Robbin L. Krueger
C. Date of Delivery: 7/24/07

D. Is delivery address different from item 1? ☐ Yes ☒ No
   If YES, enter delivery address below:
   2:07CV607

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 1424 2687

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540