**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Riley Stoker Inc.,
   f/k/a Babcock Borsig Power Inc
   c/o Its Registered Agent:
   CT Corporation System
   5 Neponset Street
   Worcester, MA 01606-1400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Nicholas Gregorian
C. Date of Delivery: 7/26/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:07CV607

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0800 2586

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540