**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Electric Company
c/o Its Registered Agent,
C T Corporation System
One Commercial Plaza
Hartford, CT 06103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

                                  7/04/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:01cv607

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from servic    7003 3110 0004 0799 4783

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540