| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☒ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Roland                                   7/24 |
| 1. Article Addressed to:<br><br>Georgia-Pacific Corporation<br>c/o Its Registered Agent<br>CT Corporation Systems<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>07cv607<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service)   7003 3110 0004 0799 4776 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540