**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Kelly-Moore Paint Company, Inc.
    c/o Its President
    987 Commercial Street
    San Carlos, CA 94070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Robert Sandal

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:07cv 607

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 4769

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540