**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bell & Gossett, a subsidiary
   of ITT Industries, Inc.
   c/o Robert L. Ayers
   8200 N. Austin Avenue
   Morton Grove, IL 60053

2. Article Number
   (Transfer from service label)

   7003 3110 0004 0799 4622

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): J R ORTIZ
C. Date of Delivery: 7/26

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:07CV607

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540