**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Owens-Illinois, Inc., an Ohio Corporation
   c/o its registered agent:
   The Corporation Trust Co.
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    JUL 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07cv607

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service)   7003 3110 0004 0800 2661

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540