**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Oglebay Norton Company
   North Point Tower
   1001 Lakeside Avenue, 15th Floor
   Cleveland, OH 44114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X E. Whittaker
☐ Agent
☐ Addressee

B. Received by (Printed Name)
E. Whittaker

C. Date of Delivery
7.23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv607

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0004 0800 2678

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540