| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  CSC   C. Date of Delivery  JUL 24 2007 |
| 1. Article Addressed to:<br><br>Industrial Holdings, Corporation<br>c/o Its Registered Agent:<br>Prentice hall Corporation Systems, Inc<br>80 State Street<br>Albany NY 12207 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2:07cv607 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service lab) | 7003 3110 0004 0799 4745 |

FILED JUL 24 2007

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540