**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FMC Corporation
   c/o C.T. Corporation Systems
   1201 Peachtree Street, NE
   Atlanta, GA 30301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Roland
C. Date of Delivery: 7/24

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:07CV 607

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 4554

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540