**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ITT Industries, Inc.
   c/o Its Registered Agent
   CT Corporation System
   111 Eighth Avenue
   New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CHRIS TILTON
  CT CORPORATION
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 JUL 23 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   07a1607

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 0799 4820

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540