**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,**   ) | |
| ) | |
| **Plaintiffs,**   ) | **CIVIL ACTION NO.** |
| ) | |
| **vs.**   ) | **2:07-CV-607-WKW** |
| ) | |
| **A. O. SMITH ELECTRICAL**   ) | |
| **PRODUCTS COMPANY, a division of**   ) | |
| **A. O. SMITH CORPORATION; et al.,**   ) | |
| ) | |
| **DEFENDANTS.**   ) | |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒    The non-governmental corporate party, <u>Asten Johnson, Inc., as successor-in-interest to Asten, Inc., which in turn, was successor-in-interest by way of name change to Asten Group, Inc., formerly trading as Asten-Hill Manufacturing Co.,</u> in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏    the non-governmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

   <u>8/01/2007</u>                                     <u>/s/Clifton W. Jefferis</u>
      Date

Counsel for:    <u>Asten Johnson, Inc., as successor-in-interest to Asten, Inc, which in turn, was successor-in-interest by way of name change to Asten Group, Inc., formerly trading as Asten-Hill Manufacturing Co.</u>