IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, ET AL. | ) |
| PLAINTIFFS | ) |
| VS. | ) CIVIL ACTION NUMBER: |
| | ) 2:07CV607-WKW |
| A. O. SMITH ELECTRICAL PRODUCTS, ET AL., | ) |
| DEFENDANTS | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Ingersoll-Rand Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entities                Relationship to Party

_____                    _____
_____                    _____
_____                    _____
_____

8-1-07
Date

(Signature)
Donald C. Partridge (PARTD6713)
Counsel for Ingersoll-Rand Company

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street
City Centre, Suite 100S
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, ET AL.          ) | |
|                                      ) | |
|       PLAINTIFFS          ) | |
|                                      ) | CIVIL ACTION NUMBER: |
| VS.          ) | 2:07CV607-WKW |
|                                      ) | |
| A. O. SMITH ELECTRICAL          ) | |
| PRODUCTS, ET AL.,          ) | |
|                                      ) | |
|       DEFENDANTS          ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August ___1___, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

*/s/ Donald C. Partridge*
DONALD C. PARTRIDGE (PARTD6713)