THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:07-CV-607-WKW |
| | ) |
| **A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A. O. Smith Corporation, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, SEPCO CORPORATION

Please take notice that the undersigned, Frank E. Lankford, Jr., of the firm of Huie, Fernambucq & Stewart files this Notice of Appearance as counsel of record for the Defendant identified as Sepco Corporation.

This Notice of Appearance is intended solely to protect the record against the entry of default. By the filing of this Notice of Appearance, this Defendant does not waive any defenses including defenses such as insufficient service of process, etc. forum non conveniens, and/or any and all other substantive or procedural defenses.

/s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant,
Sepco Corporation

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the  2nd    day of August   , 2007.

**Richard M. Crump**
    crumprm@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**Laura DeVaughn Goodson**
    goodsonld@fpwk.com aleservice@fpwk.com;annaw@fpwk.com

**James G House, III**
    housejg@fpwk.com smithe@fpwk.com

**Clifton W. Jefferis**
    jefferiscw@fpwk.com edmondsonbk@fpwk.com,gwatkins@fpwk.com

**G. Patterson Keahey, Jr**
    info@mesohelp.com

**Donald C. Partridge**
    partridgedc@fpwk.com annaw@fpwk.com

                                                      /s/Frank E. Lankford, Jr.
                                                      Of Counsel