IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GRADY O. HUMPHREYS, ET AL.                                         PLAINTIFFS

V.                                              CAUSE NO.: CV 2:07-00607-WKW-TFM

A.O SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                                    DEFENDANTS

**ENTRY OF APPEARANCE**

COMES NOW the undersigned, Chadwick L. Shook, Esq. and enters an appearance on behalf of himself and the law firm of Aultman, Tyner, Ruffin, Bell & Swetman, Ltd. as counsel of record for the following Defendants in the above-styled and numbered cause:

1) Exteco, Inc. f/k/a Thermo Electric Co., Inc.; and,

2) Borg-Warner Corporation by and through its Successor in Interest, BorgWarner Morse TEC, Inc.

3) The Marley-Wylain Company, d/b/a Weil-McLain

DONE this the 2nd day of August, 2007.

                                                                                     s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
Post Office Drawer 750
Hattiesburg, Mississippi 39403-0750
Telephone: (601) 583-2671
Facsimile:  (601) 583-2677

## **CERTIFICATE OF SERVICE**

      I, Chadwick L. Shook, do hereby certify that I have on this 2nd day of August, 2007 day served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

s/ Chadwick L. Shook