| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    RECEIVED    ☐ Agent<br>       ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>     3 1 2007 |
| 1. Article Addressed to:<br><br>Square D Company<br>c/o Its Registered Agent,<br>CT Corporation Systems<br>208 South LaSalle Street, Suite 814<br>Chicago, Il 60067 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>CT SOP DEPT<br>07CW607<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7003 1010 0000 1424 2748 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540