## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | 2:07-CV-607-WKW |
| A.O. SMITH ELECTRICAL PRODUCTS, ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT P&H MINING'S CONFLICT DISCLOSURE STATEMENT

COME NOW the Defendants, incorrectly designated as Harnischfeger Corporation and P&H Crane and more properly identified as P&H Mining Equipment, Inc., and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☐     There are no entities to be reported, or

**X**     The following entities and their relationship to the party are hereby reported:

| REPORTABLE ENTITY | RELATIONSHIP TO PARTY |
|---|---|
| P&H Mining Equipment, Inc. | A wholly owned subsidiary of Joy Global, Inc., a publically traded company, is the appropriate legal entity of the Defendants designated as Harnischfeger Corporation and P&H Cranes |

<table>
<tr><td>

August 6, 2007<br>
Date

</td><td>

s/**William T. Mills, II**<br>
William T. Mills, II<br>
ASB-0402-L72W; MIL014<br>
Attorney for Kelly-Moore Paint<br>
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.<br>
Post Office Box 530790<br>
Birmingham, Alabama 35253-0790<br>
Telephone (205) 980-5000<br>
Fax (205) 980-5001<br>
E-mail: phm@phm-law.com

</td></tr>
</table>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **2:07-CV-607-WKW** |
| **A.O. SMITH ELECTRICAL PRODUCTS,** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of the document to all parties of record.

Respectfully submitted,

s/**William T. Mills, II**
William T. Mills, II
ASB-0402-L72W; MIL014
Attorney for Kelly-Moore Paint
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
Post Office Box 530790
Birmingham, Alabama 35253-0790
Telephone (205) 980-5000
Fax (205) 980-5001
E-mail: phm@phm-law.com