**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**GRADY HUMPHREYS, ET AL.,**

    **PLAINTIFFS**               **FILE NO. 2:07CV-607-WKW**

**VS.**

**A.O. SMITH ELECTRICAL**
**PRODUCTS COMPANY, ET AL.,**

    **DEFENDANTS**

---

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT INDUSTRIAL HOLDINGS CORPORATION**
**F/K/A THE CARBORUNDUM COMPANY**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Industrial Holdings Corporation, f/k/a The Carborundum Company, through the undersigned counsel, states that the non-governmental corporate party, Industrial Holdings Corporation, f/k/a The Carborundum Company, has the following parent corporation and publicly held corporation that owns 10% or more of its stock: Lehman Brothers Holdings Inc.

This the 7th day of August 2007.

                                           /s/ Laura D. Goodson
                                           Richard M. Crump (CRUMR6839)
                                           Donald C. Partridge (PARTD6713)
                                           Laura D. Goodson (ASB-0579-R81G)
                                           200 South Lamar Street, Suite 100
                                           Post Office Box 22608
                                           Jackson, Mississippi 39225-2608
                                           Telephone: (601) 960-8600

                                           Attorneys for Defendant Industrial Holdings
                                           Corporation f/k/a/ The Carborundum Company

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, ET AL.**   ) | |
| ) | |
| **PLAINTIFFS**   ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.**   ) | **2:07CV607-WKW** |
| ) | |
| **A. O. SMITH ELECTRICAL**   ) | |
| **PRODUCTS, ET AL.,**   ) | |
| ) | |
| **DEFENDANTS**   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and William T. Mills, Esq.; Frank E. Lankford, Jr., Esq.; and Chadwick L. Shook, Esq.; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

/s/ Laura D. Goodson

RICHARD M. CRUMP (CRUMR6839)
DONALD C. PARTRIDGE (PARTD6713)
LAURA D. GOODSON (GOODL0579)