IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **2:07-CV-607-WKW** |
| **KELLY-MOORE PAINT COMPANY,** ) | |
| **INC., et al.,** ) | |
| ) | |
|    Defendants. ) | |

### DEFENDANT KELLY-MOORE'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Kelly-Moore Paint Company, Inc., a Defendant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

**X**    The following entities and their relationship to the party are hereby reported:

| REPORTABLE ENTITY | RELATIONSHIP TO PARTY |
|---|---|
| Kelly-Moore Paint Company, Inc. | A wholly owned subsidiary that is not publicly traded |
| K-M Industries Holding Company, Inc. | The parent corporation of Kelly-Moore Paint Company, Inc. which is not publicly traded |

<u>August 7, 2007</u>           <u>s/**William T. Mills, II**</u>
Date           William T. Mills, II
         ASB-0402-L72W; MIL014
         Attorney for Kelly-Moore Paint
         PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
         Post Office Box 530790
         Birmingham, Alabama 35253-0790
         Telephone (205) 980-5000
         Fax (205) 980-5001
         E-mail: phm@phm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **2:07-CV-607-WKW** |
| **A.O. SMITH ELECTRICAL PRODUCTS,** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of the document to all parties of record.

    Respectfully submitted,

    s/**William T. Mills, II**
    William T. Mills, II
    ASB-0402-L72W; MIL014
    Attorney for Kelly-Moore Paint
    PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
    Post Office Box 530790
    Birmingham, Alabama 35253-0790
    Telephone (205) 980-5000
    Fax (205) 980-5001
    E-mail: phm@phm-law.com