## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **vs.** | )**Civil Action No.: 2:07-CV-607-WKW** |
| | ) |
| **A. O. SMITH ELECTRICAL** | ) |
| **PRODUCTS COMPANY, a division** | ) |
| **of A. O. Smith Corporation, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## ON BEHALF OF DEFENDANT SEPCO CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sepco

Corporation states that it is a wholly owned subsidiary of its parent corporation, St.

Gobain Performance Plastics, Inc. and, in addition, no publicly held corporation owns

10% or more of its stock.

                        /s/Frank E. Lankford, Jr.
                        Frank E. Lankford, Jr., Esquire
                        LAN037
                        ASB: 8409-K71F
                        Attorney for Defendant, Sepco Corporation

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the __8th___ day of August, 2007.


_/s/Frank E. Lankford, Jr._____
Of Counsel