IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHRESY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al, <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07-CV-607-WKW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cooper Industries, LLC, formerly known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Cooper Industries, Inc., Individually and Successor in Interest to Crouse-Hinds | Name formerly known as |

August 8, 2007
Date

/s/ Stephen Christopher Collier
Counsel Signature

10330745v.1

<u>Stephen Christopher Collier</u>
Counsel for (print names of all parties)

<u>4000 SunTrust Plaza, 303 Peachtree Street</u>
Address, City, State Zip Code

<u>Atlanta, Georgia 30308-3243</u>
<u>404-614-7400</u>
Telephone Number

10330745v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**CERTIFICATE OF SERVICE**

I, Stephen Christopher Collier do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 8th day of August 2007, to:

All counsel of record as provided by the CM/ECF system.

August 8, 2007
Date

/s/ Stephen Christopher Collier
Signature

10330745v.1