IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | 2:07-CV-607-WKW |
| WARREN PUMPS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WARREN PUMPS'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant, designated as Warren Pumps, Inc., and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

X   The following entities and their relationship to the party are hereby reported:

| REPORTABLE ENTITY | RELATIONSHIP TO PARTY |
|---|---|
| Warren Pumps LLC | A single member Delaware LLC with Imo Industries, Inc. its only member |

August 8, 2007　　　　　　　　　s/**William T. Mills, II**
Date　　　　　　　　　　　　　　William T. Mills, II
　　　　　　　　　　　　　　　　ASB-0402-L72W; MIL014
　　　　　　　　　　　　　　　　Attorney for Warren Pumps
　　　　　　　　　　　　　　　　PORTERFIELD, HARPER, MILLS &
　　　　　　　　　　　　　　　　MOTLOW, P.A.
　　　　　　　　　　　　　　　　Post Office Box 530790
　　　　　　　　　　　　　　　　Birmingham, Alabama 35253-0790
　　　　　　　　　　　　　　　　Telephone (205) 980-5000
　　　　　　　　　　　　　　　　Fax (205) 980-5001
　　　　　　　　　　　　　　　　E-mail: phm@phm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | 2:07-CV-607-WKW |
| **WARREN PUMPS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of the document to all parties of record.

Respectfully submitted,

s/**William T. Mills, II**
William T. Mills, II
ASB-0402-L72W; MIL014
Attorney for Warren Pumps
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
Post Office Box 530790
Birmingham, Alabama 35253-0790
Telephone (205) 980-5000
Fax (205) 980-5001
E-mail: phm@phm-law.com

2