# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,**   )<br>  )<br>  **Plaintiffs,**   )<br>  )<br>vs.   )<br>  )<br>**A.O. SMITH ELECTRICAL**   )<br>**PRODUCTS COMPANY, a division**   )<br>**of A.O. SMITH CORPORATION, et al.,**   )<br>  )<br>  **Defendants.**   ) | **Civil Action No.:**<br>**2-07-CV-607-WKW** |

## CORPORATE DISCLOSURE STATEMENT OF
## A. O. SMITH ELECTRICAL PRODUCTS COMPANY AND A. O. SMITH CORPORATION

COMES NOW the defendants, A.O. Smith Electrical Products Company and A.O. Smith Corporation, and file their Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. A. O. Smith Electrical Products Company is not a corporation. It is a division of A. O. Smith Corporation.

2. A.O. Smith Corporation is a Delaware corporation, and is publicly traded on the New York Stock Exchange. No other entity owns 10% or more of its stock.

Respectfully submitted,

s/ James L. Pattillo
JAMES L. PATTILLO
ASB-2746-A49-P
E-mail:  jpattillo@NWKT.com
NORMAN, WOOD, KENDRICK
   & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax:  (205) 251-5479

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No.:** |
| ) | **2-07-CV-607-WKW** |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | |
| **of A.O. SMITH CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record:

                        Respectfully submitted,

                        s/ James L. Pattillo
                        JAMES L. PATTILLO
                        ASB-2746-A49-P
                        E-mail: jpattillo@NWKT.com
                        NORMAN, WOOD, KENDRICK
                           & TURNER
                        Financial Center - Suite 1600
                        505 Twentieth Street North
                        Birmingham, AL  35203
                        Telephone: (205) 328-6643
                        Fax:  (205) 251-5479