IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GRADY O. HUMPHREYS, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-607-WKW |
| | ) | |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al, | ) ) ) ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cleaver Brooks, a division of Aqua-Chem, Inc. a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☐  This party is a governmental entity, or

☒  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

August 10, 2007  /s/ Stephen Christopher Collier
Date   Counsel Signature

10331111v.1

<u>Stephen Christopher Collier</u>
**Counsel for (print names of all parties)**

<u>4000 SunTrust Plaza, 303 Peachtree Street</u>
**Address, City, State Zip Code**

<u>Atlanta, Georgia 30308-3243</u>
<u>404-614-7400</u>
**Telephone Number**

10331111v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**CERTIFICATE OF SERVICE**

I, <u>Stephen Christopher Collier</u> do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>CM/ECF</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>10</u> day of <u>August</u> 20<u>07</u>, to:

<u>All counsel of record as provided by the CM/ECF system.</u>

<u>_____</u>

<u>_____</u>

<u>_____</u>

<u>_____</u>

| | |
|---|---|
| <u>August 10, 2007</u> | /s/ Stephen Christopher Collier |
| Date | Signature |

10331111v.1