IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) ) |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al., | ) CIVIL ACTION NO. ) 2:07-CV-607-WKW ) ) |
|     Defendants. | ) ) ) |

**RULE 7.1 CORPORATE/CONFLICT DISCLOSURE STATEMENT OF
DEFENDANTS EATON ELECTRICAL, INC. AND EATON CORPORATION**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Eaton Electrical, Inc. and Eaton Corporation hereby makes the following corporate disclosure:

    [X]    No publicly-held entity holds more than 10% of Eaton Corporation's stock.

    Respectfully submitted by,

    s/ E. Bryan Nichols
    H. Thomas Wells, Jr.
    John A. Smyth, III
    E. Bryan Nichols

    Attorneys for Defendants
    EATON ELECTRICAL, INC. AND
    EATON CORP.

01527983.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.199

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct electronic version of the foregoing has been filed with the CM/ECF system, which will electronically serve all counsel of record on this the 10th day of August, 2007.

                                    s/ E. Bryan Nichols
                                    Of Counsel

01527983.1