IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,         )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )   CASE NO.: CV07-607-WKW
                                    )
GENERAL ELECTRIC, et al.,           )
                                    )
    Defendants.                     )


## GENERAL ELECTRIC COMPANY'S CONFLICT/ CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court and pursuant to Federal Rule of Civil Procedure 7.1, defendant General Electric Company ("GE"), by and through its attorneys of record, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    1.    GE does not have a parent corporation; and

    2.    No publicly-held corporation owns more than 10% of GE.

/s S. Allen Baker, Jr.
S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Jenelle R. Evans
Bar Number: ASB-2403-A35J
Attorneys for Defendant, General Electric Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 251-8100
E-mail: jevans@balch.com
E-mail: abaker@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

                Respectfully submitted,

                /s S. Allen Baker, Jr.
                S. Allen Baker, Jr.
                Bar Number:   ASB-5990-E68S
                Jenelle R. Evans
                Bar Number:   ASB-2403-A35J
                Attorney for Defendant, General Electric Company
                BALCH & BINGHAM LLP
                Post Office Box 306
                Birmingham, AL 35201-0306
                Telephone: (205) 251-8100
                Facsimile: (205) 488-5686
                E-mail: jevans@balch.com
                E-mail: abaker@balch.com