IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO.: CV07-607-WKW |
| HONEYWELL, et al., | ) ) ) |
| Defendants. | ) |

### HONEYWELL INC.'S CONFLICT/ CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court and pursuant to Federal Rule of Civil Procedure 7.1, defendant Honeywell International Inc., into which Honeywell Inc. was merged prior to the filing of the above-captioned matter, discloses to the Court that it has no parent corporations and that no publicly held company owns 10 percent or more of Honeywell International, Inc.

/s S. Allen Baker, Jr.
S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Jenelle R. Evans
Bar Number: ASB-2403-A35J
Attorneys for Defendant, Honeywell Inc.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 251-8100
E-mail: jevans@balch.com
E-mail: abaker@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

/s S. Allen Baker, Jr.
S. Allen Baker, Jr.
Bar Number:  ASB-5990-E68S
Jenelle R. Evans
Bar Number:  ASB-2403-A35J
Attorney for Defendant, Honeywell Inc.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5686
E-mail: jevans@balch.com
E-mail: abaker@balch.com