UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07CV-607-WKW |
| ) | |
| A.O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## **DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") makes the following disclosure:

1. The parent companies of the corporation:

    CBS Corporation, a Delaware corporation.

2. Subsidiaries not wholly owned by the corporation?

    None

3. Any publicly held corporation that owns ten percent (10%) or more of the corporation?

    None

s/James A. Harris, III
James A. Harris, III
**ASB-0683-R74J**
Nicole M. Hardee
**ASB-0073-P71G**
**Harris & Harris, LLP**
Colonial Bank Building
Suite 450
2501 20th Place South
Birmingham, Alabama 35223
FAX:  (205) 871-0029
TEL:  (205) 871-5777

Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/James A. Harris, III
OF COUNSEL