IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

Grady O. Humphrey's, et. al., )
  )
   Plaintiff, )
  )
v. ) CASE NO. 2:07-CV-607-WKW
  )
Asbestos Defendants: )
A.O. Smith Electrical Products Company, )
a division of A.O. Smith Corporation, et al., )
  )
   Defendant, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW MAREMONT CORPORATION, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                  Relationship to Party

_____        _____

August 13, 2007                           /s/ Elizabeth B. Padgett
_____                              _____
Date                                                Counsel Signature

MAREMONT CORPORATION
Counsel for (print names of all parties)

4000 Suntrust Plaza
303 Peachtree Street, NE Suite 4000, Atlanta GA 30308
Address, City, State Zip Code
404-614-7400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

### CERTIFICATE OF SERVICE

I, Elizabeth B. Padgett, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF System (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13 day of August 2007, to:

All counsel of record as provided by the CM/ECF system.

| | |
|---|---|
| 8/13/07 | /s Elizabeth B. Padgett |
| Date | Signature |