IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| Grady O. Humphrey's, et. al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Asbestos Defendants:<br>A.O. Smith Electrical Products Company,<br>a division of A.O. Smith Corporation, et al., )<br>)<br>Defendant, ) | CASE NO. 2:07-CV-607-WKW |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bayer Cropscience, Inc. f/k/a Aventis Cropscience USA, Inc. (f/k/a Rhone Poulenc AG Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., a successor to Benjamin Foster Company) a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Aventis Cropscience Inc. | Name formally know as |
| Rhone Poulenc AG Company, Inc. | Name formally know as |
| Rhone Poulenc, Inc. | Name formally know as |
| Union Carbide Agricultural Products, Inc | Name formally know as |
| Amchem Products, Inc., a successor to Benjamin Foster Company | Name formally know as |

August 13, 2007                                  /s/ Elizabeth B. Padgett
_____                              _____
Date                                             Counsel Signature

                                                 Bayer Cropscience, Inc.
                                                 Counsel for (print names of all parties)

4000 Suntrust Plaza
303 Peachtree Street, NE Suite 4000, Atlanta GA 30308
<u>Address, City, State Zip Code</u>
404-614-7400
<u>Telephone Number</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

## CERTIFICATE OF SERVICE

I, Elizabeth B. Padgett, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF System (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13 day of August 2007, to:

All counsel of record as provided by the CM/ECF system.

_8/13/07_  /s Elizabeth B. Padgett
Date                                                    Signature