IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, ET AL., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| ) | 2:07-CV-607-WKW |
| EMERSON ELECTRIC CO., ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-styled action does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047:

There are no entities to be reported.


August 13, 2007

/s/ Haley A. Andrews
One of the Attorneys for Defendant
Emerson Electric Co.


OF COUNSEL:
Melody H. Eagan (EAGAM9780)
W. Larkin Radney IV (RADNL5271)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209
*Attorney for Plaintiffs*

James Laurens Pattillo
Norman, Wood, Kendrick & Turner
Financial Center Suite 1600
505 20th Street North
Birmingham, AL 35203
*Attorney for A.O. Smith Electrical Products Company*

Keith James Pflaum
Porterfield Harper Mills & Motlow PA
PO Box 530790
Birmingham, AL 35253-0790
*Attorney for Albany International*

Lucy Westover Jordan
Timothy Wade Knight
Kee & Selby
1900 International Park Drive
Suite 220
Birmingham, AL 35243
*Attorneys for American Standard, Inc., Bell & Gossett, Hobart Brothers Company, ITT Industries, Inc. and The Lincoln Electric Company*

Clifton W. Jefferis
James G House, III
Laura DeVaughn Goodson
Forman Perry Watkins Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225
*Attorneys for Asten Johnson, Inc. and Industrial Holdings Corporation*

Chadwick L Shook
Aultman, Tyner, & Ruffin, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39402
*Attorney for Borg Warner Corporation, Exteco, Inc. and The Marley-Wylain Company*

Stephen Christopher Collier
Hawkins & Parnell, LLP
303 Peachtree St. NE #4000
Atlanta, GA 30308
*Attorney for Cleaver Brooks and Cooper Industries, LLC*

Edwin Bryan Nichols
H. Thomas Wells, Jr.
John Albert Smyth, III
Thomas Gerald DeLawrence
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203
*Attorneys for Cutler Hammer and Eaton Corporation*

William T. Mills, II
Porterfield Harper & Mills PA
PO Box 530790
Birmingham, AL 35253-0790
*Attorney for Harnischfeger Corporation, Kelly-Moore Paint Company, Inc., P&H Cranes and Warren Pumps, Inc.*

Donald C. Partridge
Richard M. Crump
Forman Perry Watkins Krutz & Tardy LLP
P. O. Box 22608
Jackson, MS 39225
*Attorneys for Ingersoll-Rand Company*

Frank E. Lankford, Jr.
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
*Attorney for John Crane, Inc. and Sepco Corporation*

Vincent A. Noletto, Jr.
Daniel Ray Alexander
Carr Allison
6251 Monroe Street
Suite 200
Daphne, AL 36526
*Attorneys for Kaiser Gypsum Company, Inc.*

Michael Anthony Vercher
Christian & Small, LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203
*Attorney for Metropolitan Life Insurance Company*

/s/ Haley A. Andrews
OF COUNSEL