IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | * | |
| | * | |
|     **Plaintiffs,** | * | |
| | * | |
| v. | * | **CIVIL ACTION NO.:** |
| | * | **2:07-CV-607-WKW** |
| **A. O. SMITH ELECTRICAL** | * | |
| **PRODUCTS COMPANY, a division of** | * | |
| **A.O. SMITH CORPORATION, et a.,** | * | |
| | * | |
|     **Defendants.** | * | |
| | * | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT BONDEX INTERNATIONAL, INC.**

COMES NOW defendant, BONDEX INTERNATIONAL, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that RPM, Inc. is the parent of Bondex International, Inc. and that no publicly traded company owns ten percent (10%) or more of Bondex International, Inc.

    Respectfully submitted,

    /s/ F. Grey Reddit, Jr.
    F. GREY REDDITT (ASB-5142-R64F)
    TIMOTHY A. CLARKE (ASB-1440-R67T)

    *Attorneys for Bondex International, Inc.*

OF COUNSEL:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

                                      /s/ F. Grey Reddit, Jr.  
                                      F. GREY REDDITT, JR.