IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, ET AL.                                                PLAINTIFFS

V.                                                      CIVIL ACTION NO.: 2:07-CV-607-WKW

A.O. SMITH ELECTRICAL CORPORATION, ET AL.                  DEFENDANTS

**BORG WARNER CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

     PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Borg Warner Corporation states as follows, to-wit:

     The Defendant is Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC, Inc. Borg Warner Corporation is not a publicly traded company. It is wholly owned by Borg Warner, Inc., which is a publicly traded company.

                                      Respectfully submitted,

                                      BORG WARNER CORPORATION,
                                      Defendant

                                      s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

     I, Chadwick L. Shook, do hereby certify that I have this 13th day of August, 2007 served a copy of the above and foregoing by electronic means via the CM/ECF system.

                                                s/ Chadwick L. Shook