IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, ET AL.                                    PLAINTIFFS

V.                                        CIVIL ACTION NO.: 2:07-CV-607-WKW

A.O. SMITH ELECTRICAL CORPORATION, ET AL.            DEFENDANTS

**EXTECO, INC.'S
CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Exteco, Inc. states as follows, to-wit:

The Defendant is Exteco, Inc. f/k/a Thermo Electric Co., Inc. Exteco, Inc. is not a publicly traded company nor does any publicly held corporation hold 10% or more if its stock.

                  Respectfully submitted,

                  EXTECO, INC.
                  Defendant

                  s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE: 601-583-2671
FACSIMILE: 601-583-2677
E-MAIL: CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have this 13th day of August, 2007 served a copy of the above and foregoing by electronic means via the CM/ECF system.

                  s/ Chadwick L. Shook