IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, ET AL.                                                      PLAINTIFFS

V.                                            CIVIL ACTION NO.: 2:07-CV-607-WKW

A.O. SMITH ELECTRICAL CORPORATION, ET AL.                      DEFENDANTS

**THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN
COMPANY, INC. CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. states as follows, to-wit:

The Defendant is The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. is not a publicly traded company. It is wholly owned by SPX Corporation, which is a publicly traded company.

                        Respectfully submitted,

                        THE MARLEY-WYLAIN COMPANY
                        D/B/A WEIL-MCLAIN COMPANY, INC.

                        Defendant

                        BY:  s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have this 13th day of August, 2007

served a copy of the above and foregoing by electronic means via the CM/ECF system.

s/ Chadwick L. Shook