```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.      )
                                )
         Plaintiffs,            ) CIVIL ACTION CASE NO.
                                ) 2:07-CV-607-WKW
VS.                             )
                                )
ALBANY INTERNATIONAL, et al.,   )
                                )
         Defendants.            )
                                )
```

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT GOULD ELECTRONICS INC.

COMES NOW Defendant, GOULD ELECTRONICS, INC. (named in Plaintiffs' Complaint as Nikko Materials USA, Inc. d/b/a Gould Electronics, Inc.), by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

    **Yes.  Nippon Mining & Metals Co., Ltd.**

2. Whether the named Defendant has publicly traded stock.

    **No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

    **No, however, Nippon Mining & Metals Co., Ltd. is a wholly owned subsidiary of Nippon Mining Holdings, Inc., a publicly traded company.**

This 14th day of August, 2007.

/s/ Jennifer M. Thompson
Jennifer M. Thompson
Alabama Bar No. ASB-8287-E37T
Counsel for Gould Electronics Inc.

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000 (phone)
(404) 817-6050 (fax)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al. | ) |
| | ) |
|     *Plaintiffs*, | ) CIVIL ACTION CASE NO. |
| | ) 2:07-CV-607-WKW |
| VS. | ) |
| | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing **RULE 7.1 DISLCOSURE STATEMENT OF DEFENDANT GOULD ELECTRONICS INC.** via electronic filing, to all counsel of record, including the following:

    Counsel for Plaintiffs:

    G. Patterson Keahey, Esq.
    One Independence Plaza
    Suite 612
    Birmingham, AL 35209

This 14th day of August, 2007.

                              /s/ Jennifer M. Thompson
                              Jennifer M. Thompson
                              Alabama Bar No. ASB-8287-E37T

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000 (phone)
(404) 817-6050 (fax)