IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**                                                             **PLAINTIFFS**

vs.                                                                     **CIVIL ACTION NO. 2:07-CV-607-WKW**

**A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A. O. SMITH
CORPORATION, et al.,**                                                                     **DEFENDANTS**

**OGLEBAY NORTON COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Oglebay Norton Company states:

1. Oglebay Norton Company is a corporation whose shares are publicly traded.

2. Oglebay Norton Company has no parent company.

THIS, 14th day of August, 2007.

                                                                                    Respectfully submitted,

                                                                                    s/ Cyrus C. Barger, III_____
                                                                                    Cyrus C. Barger, III, AL Bar#BAR137
                                                                                     Counsel for Defendant,
                                                                                     Oglebay Norton Company

JUDE & JUDE, PLLC
6424 US Hwy 98 West, Suite 50
P.O. Box 17468
Hattiesburg, MS  39404-7468
Telephone: (601) 579-8411
Facsimile:  (601) 579-8461

## CERTIFICATE OF SERVICE

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company do hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all known counsel of record.

THIS, 14th day of August, 2007.

                                            s/ Cyrus C. Barger, III
                                            Cyrus C. Barger, III

F:\FILES\FEI\Al\CorporateDisclosureStatements\Humphreys_Grady_Corporate_Disclosure_081307.doc