IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | 2:07-CV-607-WKW |
| **A. O. SMITH ELECTRICAL** | * | |
| **PRODUCTS COMPANY, a division of** | * | |
| **A.O. SMITH CORPORATION, et a.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT GOULDS PUMPS, INC.**

COMES NOW defendant, GOULDS PUMPS, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

1. GOULDS PUMPS, INC. is a Delaware corporation and a wholly-owned subsidiary of ITT CORPORATION, a publicly traded corporation on the New York Stock Exchange, whose symbol is ITT.

2. ITT CORPORATION does not have a parent company.

3. No publicly-held corporation owns ten percent (10%) or more of the stock of ITT CORPORATION.

Respectfully submitted,

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Goulds Pumps, Inc.*

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

                    /s/ F. Grey Reddit, Jr.
                    F. GREY REDDITT, JR.