**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

GRADY O. HUMPHREYS, et al.,                )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )        Civil Action No.
                                           )        2:07-CV607-WKW
ASBESTOS DEFENDANTS:                       )
                                           )
A.O. SMITH ELECTRICAL PRODUCTS             )
COMPANY, a division of A.O. SMITH          )
CORPORATION, et al.                        )
                                           )
            Defendants.                    )

**NOTICE OF TAG-ALONG ACTION**

COMES NOW Defendant, GARLOCK SEALING TECHNOLOGIES LLC, and hereby

submits this, its Notice of Tag-Along Action, and shows the Court as follows:

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict

Litigation entered an order transferring all asbestos cases pending in federal court to the United

States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-

along actions," or actions involving common questions of fact filed after the January 17, 1991 filing

of the Panel's order to Show Cause.  MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under
> consideration by the Panel for transfer under Section 1407 shall notify the Clerk of
> the Panel of any potential "tag-along actions" in which that party is also named or
> in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action"

which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel

may either:  (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order

to show cause why the action should not be transferred, pursuant to MDL Rules 7.5(b) and 7.3.


s/Edward B. McDonough, Jr.
EDWARD B. McDONOUGH, JR. (MCDOE0149)
GARY W. FILLINGIM (FILLG1161)
Attorneys for Defendant,
GARLOCK SEALING TECHNOLOGIES LLC

OF COUNSEL:
EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2007, the original of the foregoing, together with copies of the docket sheet and complaint. Has been send via overnight mail to:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

I further certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


s/Edward B. McDonough, Jr.
Edward B. McDonough, Jr.