## IN THE UNITED STATES DISTRICT COURT
## MIDDLE  DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GRADY O. HUMPHREYS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:07-CV607-WKW |
| ASBESTOS DEFENDANTS: | ) | |
| | ) | |
| A.O. SMITH ELECTRICAL PRODUCTS | ) | |
| COMPANY, a division of A.O. SMITH | ) | |
| CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### GARLOCK SEALING TECHNOLOGIES LLC'S DISCLOSURE STATEMENT

COMES NOW Defendant, GARLOCK SEALING TECHNOLOGIES LLC, by  and through its attorneys of record, and pursuant to *Federal Rule of Civil Procedure* 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

GARLOCK SEALING TECHNOLOGIES LLC, successor by merger to Garlock Inc, is a wholly owned subsidiary of Coltec Industries Inc.  Coltec Industries Inc. is a wholly owned subsidiary of EnPro Industries, Inc., a publicly held corporation.

s/Edward B. McDonough, Jr.
EDWARD B. McDONOUGH, JR. (MCDOE0149)
GARY W. FILLINGIM (FILLG1161)
Attorneys for Defendant,
GARLOCK SEALING TECHNOLOGIES LLC

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/Edward B. McDonough, Jr.
Edward B. McDonough, Jr.