THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., ) | |
| ) | |
| PLAINTIFFS ) | CIVIL ACTION NUMBER: |
| ) | 2:07-CV-607-WKW |
| VS. ) | |
| ) | |
| A. O. SMITH ELECTRICAL ) | |
| PRODUCTS COMPANY, et al., ) | |
| ) | |
| DEFENDANTS ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, the defendant, Uniroyal Holding, Inc., erroneously named and served as Uniroyal Fiber and Textile & Division of Uniroyal, Inc., (hereinafter "Uniroyal"), by and through its attorney of record, Forman Perry Watkins Krutz & Tardy LLP, in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General order No. 3047:

- ☐ This party is an individual, or
- ☐ This party is a governmental entity, or
- ✔ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entities | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

<u>August 14, 2007</u>
    Date

                        //s// Laura D. Goodson
                        LAURA D. GOODSON (GOO38)
                        JENNIFER M. STUDEBAKER

                        ATTORNEYS FOR UNIROYAL
                        HOLDING, INC.

OF COUNSEL:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
200 South Lamar Street
City Centre Building, Suite 100
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile: (601)960-8613

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2007, I electronically filed the foregoing Answer to the Complaint, by Defendant, Uniroyal Holding, Inc., with the Clerk of the Court using the AlaFile system which will send notification of such filing to all Counsel of Record and I hereby certify that a true and correct copy of the foregoing was also served upon the counsel for Plaintiffs by United States first-class mail, postage prepaid at the following address:

G. Patterson Keahey, Esq.
Law Office of G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

//s// Laura D. Goodson
LAURA D. GOODSON (GOO38)