IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:07-CV607-WKW |
| ASBESTOS DEFENDANTS: ) | |
| ) | |
| A.O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A.O. SMITH ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## A. W. CHESTERTON COMPANY'S DISCLOSURE STATEMENT

COMES NOW Defendant, A. W. CHESTERTON COMPANY, by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

**No.**

2. Whether the named Defendant has publicly traded stock.

**No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

**No.**

                                                  s/Edward B. McDonough, Jr.
                                                  Edward B. McDonough, Jr. (MCDOE0149)
                                                  Gary W. Fillingim (FILLG1161)
                                                  Attorneys for Defendant,
                                                  A. W. CHESTERTON COMPANY

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                            s/Edward B. McDonough, Jr.
                                            Edward B. McDonough, Jr.