IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GLADYS O. HUMPHREYS, et al. ;     )<br>                                                          )<br>        Plaintiffs,                           )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>SURFACE COMBUSTION, et al.,     )<br>                                                          )<br>        Defendants.                         )<br>                                                          ) | Civil Action No.<br><br>2:07 cv-607-WKW |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to 7.1 of the Federal Rules of Civil Procedure, Defendant SURFACE COMBUSTION, INC. makes the following disclosures:

1.   Surface Combustion, Inc. has no "parent" corporation.

2.   There is no publicly held corporation that owns Ten Percent or more of Surface Combustion, Inc.'s stock.

Respectfully submitted on the August 16, 2007.

s/David W. McDowell<br>
G. STEVEN HENRY<br>
(ASB - 4718N68G)<br>
DAVID W. McDOWELL<br>
(ASB - 7713-L69D)<br>
Attorneys for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:    (205) 328-0480  -  Facsimile: (205) 322-8007

B DWM 755625 v1
1038803-000001 8/16/2007

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Courtt's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's CM/ECF electronic filing system.

All counsel of record.

                Respectfully submitted,

                s/David W. McDowell
                G. STEVEN HENRY (ASB - 4718N68G)
                DAVID W. McDOWELL (ASB - 7713-L69D)
                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, P.C.
                Wachovia Tower, Suite 1600
                420 North Twentieth Street
                Birmingham, Alabama 35203
                Telephone: (205) 250-8312
                Facsimile: (205) 488-3712

B DWM 755625 v1
1038803-000001 8/16/2007