IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GLADYS O. HUMPHREYS, et al.; <br><br> Plaintiffs, <br><br> vs. <br><br> SURFACE COMBUSTION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   2:07-cv-607-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

The undersigned, David W. McDowell and G. Steven Henry, hereby give notice of their appearance as counsel of record for Defendant Surface Combustion, Inc. in the captioned matter. Please serve all future pleadings and direct all future correspondence to the undersigned.

Respectfully submitted on August 16, 2007.

s/David W. McDowell
G. STEVEN HENRY
(ASB - 4718N68)
DAVID W. McDOWELL
(ASB - 7713-L69D)
Attorneys for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480
Facsimile:    (205) 322-8007

B DWM 755624 v1
1038803-000001 8/16/2007

## CERTIFICATE OF SERVICE

 I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

All counsel of record.

            Respectfully submitted,
            s/David W. McDowell
            G. STEVEN HENRY (ASB - 4718N68)
            DAVID W. McDOWELL (ASB - 7713-L69D)
            BAKER, DONELSON, BEARMAN,
            CALDWELL & BERKOWITZ, P.C.
            Wachovia Tower, Suite 1600
            420 North Twentieth Street
            Birmingham, Alabama 35203
            Telephone: (205) 250-8312
            Facsimile: (205) 488-3712