**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    **CASE NO.: 2:07-CV-607-WKW** |
| | ) |
| **ALBANY INTERNATIONAL CORP., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**DEFENDANT ALBANY INTERNATIONAL'S DISCLOSURE STATEMENT**

COMES NOW the defendant, Albany International Corporation, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]    There are no entities to be reported.

Respectfully submitted,

**s/Keith J. Pflaum**
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Albany International
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the ____17th____ day of ____August____, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by U. S. Mail the document to all non-CM/ECF participants.

                                    **s/Keith J. Pflaum**
                                    Keith J. Pflaum
                                    Bar Number: ASB-3002-A54K
                                    Attorney for Albany International
                                    Porterfield, Harper, Mills & Motlow, P.A.
                                    22 Inverness Center Parkway, Suite 600
                                    P.O. Box 530790
                                    Birmingham, AL 35253-0790
                                    Telephone: (205) 980-5000
                                    Fax: (205) 980-5001
                                    E-mail: kjp@phm-law.com