**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** | **PLAINTIFFS** |
| **vs.** | **CIVIL ACTION NO. 2:07-CV-607-WKW** |
| **A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A. O. SMITH CORPORATION, et al.,** | **DEFENDANTS** |

**OGLEBAY NORTON COMPANY'S JOINDER IN**
**CLARK RELIANCE CORPORATION'S MOTION TO DISMISS, OR IN THE**
**ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

COMES NOW Defendant, Oglebay Norton Company, without waiving its Affirmative Defenses or any other Defenses, and reserving all rights, hereby joins in and adopts by reference Clark Reliance Corporation's Motion to Dismiss, or in the Alternative, Motion for More Definite Statement filed on or about August 17, 2007. Oglebay Norton Company further adopts all briefs and exhibits filed in conjunction with said Motion.

WHEREFORE, Oglebay Norton Company respectfully requests this Court consider the Motion to Dismiss, or in the Alternative, Motion for More Definite Statement filed by Clark Reliance Corporation. Oglebay Norton Company further requests such other relief as the Court deems just and proper.

This, the 21st day of August, 2007.

            Respectfully submitted,

            Oglebay Norton Company

            By: s/ Cyrus C. Barger, III_____
                Cyrus C. Barger, III, AL Bar # BAR137

JUDE & JUDE, PLLC
6424 U. S. Hwy 98 West, Suite 50
P. O. Box 17468
Hattiesburg, MS 39404-7468
Telephone: (601) 579-8411
Facsimile:   (601) 579-8461

## CERTIFICATE OF SERVICE

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company do hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all known counsel of record.

THIS, 21st day of August, 2007.

                                                               s/ Cyrus C. Barger, III_____
                                                               Cyrus C. Barger, III

F:\FILES\FEI\Al\Joinders\Humphreys_Grady_Join_MTD_082007.doc