# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No.:** |
| ) | **2-07-CV-607-WKW** |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | |
| **of A.O. SMITH CORPORATION, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT OF BRANDON DRYING FABRICS, INC.

COMES NOW Brandon Drying Fabrics, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

_____     This party is an individual entity, or

_____     This party is a governmental entity, or

_____     There are no entities to be reported, or

__X__     The following entities and their relationship to the party are hereby reported:

- 2 -

| Reportable Entities | Relationship to Party |
|---|---|
| Geschmay Corp. | Brandon Drying Fabrics, Inc. is a wholly owned subsidiary of Geschmay Corp. |
| Albany International Corp. | Geschmay Corp. is a wholly owned subsidiary of Albany International Corp. |

Respectfully submitted,


s/ Matthew W. Robinett
MATTHEW W. ROBINETT
ASB-3523-172M
NORMAN, WOOD, KENDRICK
   & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:           (205) 251-5479
E-mail:       mrobinett@NWKT.com

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No.:** |
| ) | **2-07-CV-607-WKW** |
| **A.O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, a division** ) | |
| **of A.O. SMITH CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

Respectfully submitted,

s/ Matthew W. Robinett
MATTHEW W. ROBINETT
ASB-3523-172M
NORMAN, WOOD, KENDRICK
   & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
E-mail:     mrobinett@NWKT.com