# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO.:** |
| | * | **2:07-CV-607-WKW** |
| **A. O. SMITH ELECTRICAL** | * | |
| **PRODUCTS COMPANY, a division of** | * | |
| **A.O. SMITH CORPORATION, et a.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT CRANE PUMPS & SYSTEMS, INC.

COMES NOW defendant, CRANE PUMPS & SYSTEMS, INC., pursuant to Rule 7.1 of the

Federal Rules of Civil Procedure and states that Crane Pumps & Systems, Inc. has no parent

company and that no publicly traded company owns ten percent (10%) or more of its stock.

Respectfully submitted,

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Crane Pumps & Systems, Inc.*

OF COUNSEL:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR.