IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, ET AL., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| ALLIS-CHALMERS CORPORATION ) | 2:07-CV-607-WKW |
| PRODUCT LIABILITY TRUST, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

**CONFLICT DISCLOSURE STATEMENT OF ALLIS-CHALMERS CORPORATION
PRODUCT LIABILITY TRUST**

COMES NOW Defendant Allis-Chalmers Corporation Product Liability Trust, in accordance with the order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

/s/ Haley A. Andrews
One of the Attorneys for Defendant
Allis-Chalmers Corporation Product Liability Trust

OF COUNSEL:
W. Larkin Radney IV (RADNL5271)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
*Attorney for Plaintiffs*

James Laurens Pattillo
Norman, Wood, Kendrick & Turner
Financial Center Suite 1600
505 20th Street North
Birmingham, AL 35203
*Attorney for A.O. Smith Electrical Products Company*

Keith James Pflaum
Porterfield Harper Mills & Motlow PA
PO Box 530790
Birmingham, AL 35253-0790
*Attorney for Albany International*

Lucy Westover Jordan
Timothy Wade Knight
Kee & Selby
1900 International Park Drive
Suite 220
Birmingham, AL 35243
*Attorneys for American Standard, Inc., Bell & Gossett, Hobart Brothers Company, ITT Industries, Inc. and The Lincoln Electric Company*

Clifton W. Jefferis
James G House, III
Laura DeVaughn Goodson
Forman Perry Watkins Krutz & Tardy, LLP
P.O. Box 22608
Jackson, MS 39225
*Attorneys for Asten Johnson, Inc., Industrial Holdings Corporation and Uniroyal Fiber & Textile Division of Uniroyal, Inc.*

Edward B. McDonough, Jr.
Gary W. Fillingim

Edward B. McDonough, Jr., P.C.
P. O. Box 1943
Mobile, AL 36633
*Attorney for A. W. Chesterton Co., Buffalo Pump Inc. and Square D Company and Garlock Sealing Technologies L.C.C.*

Elizabeth B. Padgett
Evelyn McRee Fletcher
Hawkins & Parnell LLP
303 Peachtree Street NE
Suite 4000
Atlanta, GA 30308
*Attorneys for Bayer Cropscience, Inc., Foseco, Inc., Maremont Corporation and Union Carbide Corporation*


F. Grey Redditt, Jr.
Timothy A. Clarke
Vickers, Riis, Murray and Curran, LLC
Eleventh Floor, Regions Bank Building
106 Saint Francis Street
P. O. Drawer 2568
Mobile, AL 36652
*Attorneys for Bondex International Inc., Crane Co., Crane Pumps Systems, Goulds Pumps Inc.*

Chadwick L Shook
Aultman, Tyner, & Ruffin, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39402
*Attorney for Borg Warner Corporation, Exteco, Inc. and The Marley-Wylain Company*

Donald C. Partridge
Laura DeVaughn Goodson
Richard M. Crump
Forman Perry Watkins Krutz & Tardy LLP
P. O. Box 22608
Jackson, MS 39225
*Attorneys for BP Amoco Chemical Company and Ingersoll-Rand Company*

Matthew Whittle Robinett
Norman, Wood, Kendrick & Turner
505 20th Street North, Financial Center
Suite 1600
Birmingham, AL 35203
*Attorney for Brandon Drying Fabrics, Inc.*

Connie Ray Stockham
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive
Suite 114
Birmingham, AL 35209
*Attorneys for Clark-Reliance Corporation*

Stephen Christopher Collier
Hawkins & Parnell, LLP
303 Peachtree St. NE #4000
Atlanta, GA 30308
*Attorney for Cleaver Brooks and Cooper Industries, LLC*

Nathan A. Bosio
Nathan A. Bosio
734 Delmas Avenue
Pascagoula, MS 39567
*Attorney for Conwed Corporation*

Stephen Christopher Collier
Hawkins & Parnell, LLP
303 Peachtree St. NE #4000
Atlanta, GA 30308
*Attorney for Cooper Industries, LLC*

Walter Thomas Gilmer, Jr.
McDowell, Knight, Roedder & Sledge, L.L.C.
P. O. Box 350
Mobile, AL 36601-0350
*Attorney for Crown Cork & Seal Company, Inc.*

Edwin Bryan Nichols
H. Thomas Wells, Jr.
John Albert Smyth, III
Thomas Gerald DeLawrence
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203
*Attorneys for Cutler Hammer and Eaton Corporation*

Allan R. Wheeler
C. Paul Cavender
Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
*Attorneys for FMC Corporation, Georgia Pacific Corporation and United States Steel Corporation*

Jenelle Rae Evans
Schuyler Allen Baker, Jr.
Balch & Bingham
P. O. Box 306
1710 6th Avenue North
Birmingham, AL 35201-0306
*Attorneys for General Electric Co*

William T. Mills, II
Porterfield Harper & Mills PA
PO Box 530790
Birmingham, AL 35253-0790
*Attorney for Harnischfeger Corporation, Kelly-Moore Paint Company, Inc., P&H Cranes and Warren Pumps, Inc.*

Jenelle Rae Evans
Balch & Bingham
P. O. Box 306
1710 6th Avenue North
Birmingham, AL 35201-0306
*Attorney for Honeywell, Inc.*

Laura DeVaughn Goodson
Forman Perry Watkins Krutz & Tardy LLP
P. O. Box 22608
Jackson, MS 39225-2608
*Attorneys for Industrial Holdings Corporation*

Frank E. Lankford, Jr.
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
*Attorney for John Crane, Inc. and Sepco Corporation*

Vincent A. Noletto, Jr.
Daniel Ray Alexander
Carr Allison
6251 Monroe Street
Suite 200
Daphne, AL 36526
*Attorneys for Kaiser Gypsum Company, Inc.*

Michael Anthony Vercher
Christian & Small, LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203
*Attorney for Metropolitan Life Insurance Company*

Jennifer Marie Thompson
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE
Atlanta, GA  30309
*Attorney for Nikko Mterials USA, Inc.*

Cyrus C. Barger, III
Jude & Jude, PLLC
6424 US Hwy 98 W
Suite 50
Hattiesburg, MS  39402
*Attorney for Oglebay Norton Company*

Brian Mitchell Blythe
Joel M. Kuehnert
Terrance Michael Brown
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104
*Attorneys for Pneumo Abex LLC*

David Whitington McDowell
Glen Steven Henry
Baker Donelson Bearman Caldwell & Berkowitz PC
420 North 20th Street
Birmingham, AL  35203-5202
*Attorneys for Surface Combustion*

James Addison Harris, III
Nicole Mapp Hardee
Harris & Harris, LLP
2100-A SouthBridge Parkway
Suite 570
Birmingham, AL  35209
*Attorney for Viacom Inc.*


And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Anchor Packing Company
c/o The Corporation Company
2000 Interstate Parkway Drive, Suit 204
Montgomery, AL 36109

Foster-Wheeler Corporation
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Guard Line Inc.
c/o Dennis Tanley, Its President
215-217 S. Louis Street
Atlanta, TX 75551-1030

Imo Industries, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Owens-Illinois, Inc.
1209 N. Orange St.
Wilmington, DE 19801

Riley Stoker, Inc.
5 Neponset Street
Worcester, MA 01606-1400

Rockwell Automation
c/o Its President
1201 2nd Street
Milwaukee, WI 53204

Schneider Electric Industries
S.A.S North American Division
c/o Its President
1415 South Roselle Road
Palatine, IL 60067

Thiem Corporation
450 Marquette
Oak Creek, WI 53154

Zurn Industries, Inc.
c/o It's Registered Agent
CT Corporation
350 No. St. Paul Street
Dallas, TX 75201

/s/ Haley A. Andrews
OF COUNSEL