**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 2:07-CV-607-WKW |
| | ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Zurn Industries, LLC, formerly known as Zurn Industries, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this corporate disclosure statement:

Zurn Industries, LLC, is a non-governmental corporate party, is not a publicly traded corporation, and no publicly traded corporation owns ten percent or more of its stock.

> Respectfully submitted,
>
> /s/ William L. Waudby
> Attorney for Defendant,
> Zurn Industries, LLC.

Of Counsel:
William L. Waudby
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, AL  35203
bwaudby@bakerdonelson.com
(205) 328-0480 – telephone
(205) 488-3737 – direct fax

## Certificate of Service

    I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to counsel of record.

                                               /s/ William L. Waudby
                                               Of Counsel