IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
2:07-CV-607-WKW

**JOINDER OF DEFENDANTS UNION CARBIDE CORPORATION, FOSECO, INC. AND BAYER CROPSCIENCE, INC. F/K/A AVENTIS CROPSCIENCE USA, INC. (F/K/A RHONE POULENC AG COMPANY, INC. F/K/A RHONE POULENC, INC., F/K/A UNION CARBIDE AGRICULTURAL PRODUCTS, INC. F/K/A AMCHEM PRODUCTS, INC., A SUCCESSOR TO BENJAMIN FOSTER COMPANY IN DEFENDANT CLARKE-RELIANCE CORPORATION'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

COME NOW Defendants Union Carbide Corporation, Foseco, Inc. And Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company, sued incorrectly in Plaintiffs' Complaint as Bayer CropScience, Inc., individual and as successor to Aventis CropScience USA, Inc. f/k/a Rhone-Poulenc Ag Co. f/k/a Amchem Products, Inc., Benjamin Foster Co., (hereinafter "Defendants"), and hereby joins in Defendant Clarke-Reliance Corporation's Motion To Dismiss, Or, In The Alternative, Motion For More Definite Statement which Motion was filed on August 17, 2007 and adopts it as if fully restated herein.

10334719v1

WHEREFORE, Defendants move the Court to grant Defendant Clarke-Reliance Corporation's Motion To Dismiss, Or, In The Alternative, Motion For More Definite Statement and provide any other relief the Court deems justified.

This 28th day of August, 2007.

                                                Respectfully submitted.

                                                HAWKINS & PARNELL, LLP

                                                /s/ Evelyn M. Fletcher
                                                Evelyn M. Fletcher
                                                SJIS FLE019
                                                AL Bar No. ASB-1485-C19E
                                                Elizabeth B. Padgett
                                                SJIS PAD015
                                                Alabama Bar No. ASB-8936-C60P

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
404-614-7400

                                                Attorneys for Defendants Union Carbide Corporation, Foseco, Inc. and Bayer CropScience, Inc. f/k/a Aventis CropScience USA, Inc. (f/k/a Rhone Poulenc AG Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., a successor to Benjamin Foster Company)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing Joinder Of Defendants Union Carbide Corporation, Foseco, Inc. And Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company In Defendant Clarke-Reliance Corporation's Motion To Dismiss, Or, In The Alternative, Motion For More Definite Statement upon all counsel by the CM/ECF system. I also certify that a copy of the foregoing has been furnished to Plaintiffs' counsel, G.

10334719-1                                                              2

Patterson Keahey, Jr., Esq. by mailing same with postage prepaid to Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, AL 35209.

This 28th day of August, 2007.

HAWKINS & PARNELL, LLP

/s/ Elizabeth B. Padgett
Evelyn M. Fletcher
SJIS FLE019
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett
SJIS PAD015
Alabama Bar No. ASB-8936-C60P

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
404-614-7400

Attorneys for Defendants Union Carbide Corporation, Foseco, Inc. and Bayer CropScience, Inc. f/k/a Aventis CropScience USA, Inc. (f/k/a Rhone Poulenc AG Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., a successor to Benjamin Foster Company)

10334719-1                                    3