
**CT**
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com

RECEIVED
2007 SEP -7 A 9:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COPY

September 06, 2007

Haley A. Andrews
Lightfoot, Franklin & White, L.L.C.
400 North 20th St.,
Birmingham, AL 35203-3200

Re: Grady O. Humphreys, et al., Pltfs. vs. A.O. Smith Electrical Products Company, etc., et al. including Anchor Packing Company, Dfts.

Case No. 2:07 CV 607 WKW

Dear Sir/Madam:

After checking our records and the records of the State of AL, it has been determined that The Corporation Company is not the registered agent for an entity by the name of Anchor Packing Company.

Accordingly, we are returning the documents received from you.

Very truly yours,

Shannon Robertson

Log# 512562931

Fed Ex Tracking # 7925 5554 9965

cc: US District Court Middle District
    PO Box 711,
    Montgomery, AL 36101-0711

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, ET AL., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. |
| ) | |
| ) | 2:07-CV-607-WKW |
| ALLIS-CHALMERS CORPORATION ) | |
| PRODUCT LIABILITY TRUST, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT OF ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST

COMES NOW Defendant Allis-Chalmers Corporation Product Liability Trust, in accordance with the order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

/s/ Haley A. Andrews
One of the Attorneys for Defendant
Allis-Chalmers Corporation Product Liability Trust

OF COUNSEL:
W. Larkin Radney IV (RADNL5271)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

Anchor Packing Company
c/o The Corporation Company
2000 Interstate Parkway Drive, Suit 204
Montgomery, AL 36109

A5002-1