THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** )<br>)<br>**Plaintiffs,** )<br>vs. )<br>)<br>**A.O. SMITH ELECTRICAL PRODUCTS** )<br>**COMPANY, a division of A.O. SMITH** )<br>**CORPORATION; ET AL.,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br><br>**2:07-CV-607-WKW**<br>**JURY DEMAND** |

**NOTICE OF WITHDRAWAL**

COMES now the undersigned counsel for Kaiser Gypsum and hereby notifies the Court and the clerk that Dan R. Alexander will be withdrawing from representation of Kaiser Gypsum. As grounds for his withdrawal, the undersigned states that Dan R. Alexander is no longer associated with the law firm of CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON, and further that Kaiser Gypsum continues to be represented in this case by Van A. Noletto of the law firm of CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON.

           /s/ Dan R. Alexander
           Dan R. Alexander
           Van A. Noletto (NOL008)
           Attorney for Kaiser Gypsum Company,
           Incorporated

**OF COUNSEL:**

**CARR, ALLISON, PUGH, HOWARD,**
**OLIVER & SISSON, P.C.**

**Van Noletto**
P.O. Box 1126
Daphne, Alabama 36526-1126
Email: vnoletto@carrallison.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of September, 2007, I have served a copy of the above and foregoing on counsel for all parties by:

      ____        Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to;

      _X_        Using the CM/ECF system which will send notifications of such to the following:

abaker@balch.com

tresbarger@judelawfirm.com

rbaugh@sirote.com

rbeardsley@sirote.com

cberdy@sirote.com

smason@doganwilkinson.com

pcavende@burr.com

crumprm@fpwk.com

ddonahue@maynardcooper.com

megan@lfwlaw.com

reaton@megagate.com

jevans@balch.com

efletcher@hplegal.com, jhall@hplegal.com

rcfoster@laneyfoster.com

wgilmer@mcdowellknight.com

goodsonld@fpwk.com

jamey@harris-harris.com

housejg@fpwk.com

lj@keeselby.com

info@mesohelp.com

kkeeton@brunini.com

tk@keeselby.com

fel@hfsllp.com

emb@emcdonoughlaw.com

phm@phm-law.com

rmueller@pmp.org

bnichols@maynardcooper.com

bowens@lfwlaw.com

partridgedc@fpwk.com

jpattillo@nwkt.com

cec@phm-law.com

lradney@lfwlaw.com

mrobinett@nwkt.com

greg.taube@nelsonmullins.com

nthompson@hplegal.com

drt@emcdonoughlaw.com

bwaudby@bakerdonelson.com

twells@mcglaw.com

awheeler@burr.com

nwilson@lfwlaw.com

nicole@harris-harris.com

mbrown@bradleyarant.com, jcooper@bradleyarant.com

meagan@lfwlaw.com

tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com.

                                              s/ Dan R. Alexander
                                              OF COUNSEL