## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 10, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Grady O. Humphreys vs. A.O. Smith electrical Product Company, et al**
**Case Number: 2:07cv607-WKW**

**Pleading : #191 - Notice of Appearance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 10/8/2007 with the wrong pdf document attached. Attorney Tom Roper is not the attorney of record in the case referenced above.**

**The corrected pdf document is attached to this notice.**

IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GRADY O. HUMPHREYS, et al.,           *

      Plaintiffs,                              *

                                      CIVIL ACTION NUMBER

VS.                                                *         2:07-CV-607-WKW

A.O. SMITH ELECTRICAL PRODUCTS      *
COMPANY, et al.,
                                    *

      Defendants.                            *

                                       *

<u>NOTICE OF APPEARANCE</u>

      Defendant Kaiser Gypsum Company, Inc., by and through counsel of record, Vincent A.

Noletto, of the law firm of Carr Allison,  hereby gives notice of appearance of David Howard and

Justin Sherer of the law firm of Carr Allison as additional counsel of record for this Defendant.

Vincent Noletto will remain counsel for this Defendant.

                              Respectfully submitted,

                              /s/ David K. Howard
                              /s/ Justin Sherer
                              DAVID K. HOWARD (HOWAD7585)
                              JUSTIN SHERER (SHERJ4942)
                              Attorneys for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
212 South Cedar Street
Florence, Alabama 35630
Telephone (256) 718-6040
Facsimile (256) 718-2150

                              /s/ Vincent A. Noletto, Jr.
                              VINCENT A. NOLETTO, JR.  (NOLEV3868)
                              Attorney for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama  36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th of October, 2007 served a copy of the foregoing on all counsel of record via the Court's electronic filing system.

/s/ Vincent A. Noletto, Jr.
VINCENT A. NOLETTO, JR.