IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| **HUMPHREYS et.al.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-00607-WKM |
| | ) |
| **A.O. SMITH ELECTRIC PRODUCTS, et al**, | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW GRADY O. HUMPHREYS; BOBBY ESSARY; BILLY RAY GANN; JEAN HALL, mother and personal representative for the ESTATE OFKATHY IVEY, deceased; JIMMY C. JOHNSON; SHIRLEY KELLER, daughter and personal representative for the ESTATAE OF JOHN WESLEY FAULKNER, deceased; BILLY LAWSON, spouse and personal representative for the ESTATE OF DESSIE LAWSON, deceased; HUBERT E. VARNON; LINDA JANE PERRY WELLS, spouse and personal representative for the ESTATE OF BILLY RAY WELLS, deceased**;** a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>     <u>Relationship to Party</u>

_____     _____

_____     _____

_____     _____

_____     _____

    11/30/2007                                s/ G. Patterson Keahey, Jr.
        Date                                    *Counsel for All Plaintiffs*
                                            G. Patterson Keahey, Jr. ASB-6357-A64G
                                            Law Offices of G. Patterson Keahey, P.C.
                                            One Independence Plaza, Suite 612
                                            Birmingham, Alabama 35209
                                            Telephone: (205) 871-0707
                                            Facsimile: (205) 871-0801
                                            E-mail: info@mesohelp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>  DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007 I have electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

        S/G Patterson Keahey
        _____
        G. PATTERSON KEAHEY, P.C.
        *Attorney for Plaintiff*