**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Arvinmeritor Inc.
   c/o Its Registered Agent for Service
   Corporation Trust Company of Nevada
   6100 Neil Road Suite 500
   Reno, NV 89511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv607  AS&CM

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 8170

PS Form 3811, August 2001   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bechtel Construction Company
   c/o Its Registered Agent:
   Corporation Trust Company of Nevada
   6100 Neil Road, Suite 500
   Reno, NV 89511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv607  AS&CM

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 8187

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-154