IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| (NO. VI) | ) | |
| | ) | |
| This Document Relates To: | ) | MDL 875 |

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GRADY O. HUMPHREYS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION CASE NO.: |
| | ) | |
| | ) | 2:07-CV-607-WKW |
| ASBESTOS DEFENDANTS: | ) | |
| | ) | |
| A.O. SMITH ELECTRICAL PRODUCTS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

_____

NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause.  MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel

for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

A copy of the Complaint has been submitted by other Defendants.

          s/James A. Harris, III
          James A. Harris, III
          Bar Id # ASB-0683-R74J
          Nicole M. Hardee
          Bar Id# ASB-0073-P71G
          2501 20th Place South
          Suite 450
          Birmingham, AL  35209
          FAX:  (205) 871-0029
          TEL:  (205) 871-5777
          Email: jamey@harris-harris.com
          Email: nicole@harris-harris.com

OF COUNSEL:

Harris & Harris, LLP          Attorneys for Bechtel

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          s/James A. Harris, III
          OF COUNSEL