# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 4, 2008

# NOTICE OF ERROR

**To:**     **All Counsel of Record**

**Case Style:   Humphreys et al v. A.O. Smith Electrical Products Company et al**

**Case Number:     2:07cv00607-WKW**

**Referenced Pleading:     Notice of Appearance**

**Docket Entry Number:     206**

**The referenced pleading was filed on \*\*\*February 01, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was E-filed by counsel after the Clerk's Office made the necessary corrections to the Conflict Disclosure (docket entry # 204) which was docketed as a Notice.**

**Docket Entry 206 was an erroneous duplicate docket entry.    Parties are instructed to disregard #206 docketing entry and refer to docket entry # 204.**