## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   **CIVIL ACTION NO.:** |
| | *   **2:07-CV-607-WKW** |
| **A. O. SMITH ELECTRICAL** | * |
| **PRODUCTS COMPANY, a division of** | * |
| **A.O. SMITH CORPORATION, et al.,** | * |
| | * |
| **Defendants.** | * |
| | * |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT RAPID AMERICAN CORPORATION

COMES NOW Defendant, Rapid American Corporation, pursuant to Federal Rules of Civil Procedure and states that Rapid American Corporation has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

        Respectfully submitted,

        /s/ E. L. McCafferty, III
        E. L. McCAFFERTY, III (ASB-6710-C64E)

        *Attorney for Rapid American Corporation*

OF COUNSEL:
VICKERS, RIIS, MURRAY AND CURRAN, LLC
Post Office Drawer 2568
Mobile, Alabama  36652-2568
Telephone:	(251) 432-9772
Facsimile:	(251) 432-9781
Email:	elm@vickersriis.com

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that I have on this 6th day of February, 2008, served a copy of the foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

                                                                       /s/ E. L. McCafferty, III