THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action Number:** |
| ) | |
| **ASBESTOS DEFENDANTS, et al.** ) | **2:07-cv-607-WKW** |
| ) | |
|     **Defendants.** ) | |

**DEFENDANT T H AGRICULTURE & NUTRITION, LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Middle District of Alabama's General Order No. 3047 and Federal Rules of Civil Procedure 7.1, Defendant T H Agriculture & Nutrition, LLC hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other reportable entities:

1.     T H Agriculture & Nutrition, LLC is not publicly traded;

2.     Philips Electronics North America Corporation is the parent company of T H Agriculture & Nutrition, LLC; and

3.     No publically held company owns 10% or more of its stock.

                                                        /s/ *Roger C. Foster*
                                                        ROGER C. FOSTER, ESQ. (FOS005)
                                                        Attorney for Defendant
                                                        *T H Agriculture & Nutrition, LLC*

**LANEY & FOSTER, P.C.**                                                                           February 8, 2008
Belue, et al. v. Asbestos Defendants, et al.
2:06-cv-1034-WKW                                                                                                Page 1

OF COUNSEL:

**LANEY & FOSTER, P.C.**
Post Office Box 43798
Birmingham, Alabama 35243-0798
Telephone: (205) 986-4405
Facsimile: (205) 298-8441
RCFoster@laneyfoster.com

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the above and foregoing pleading has been served upon **all counsel of record** by electronic mail provided by the United States District Court on February 8, 2008.

/s/ *Roger C. Foster*
ROGER C. FOSTER, ESQ. (FOS005)