IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| vs. ) | 2:07-CV-607-WKW |
| ) | |
| A. O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A. O. SMITH ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**GUARD-LINE, INC.'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Guard-Line, Inc., and makes this following disclosure statement pursuant to Fed. Civ. P. 7. 1.

1.  Whether the named Defendant has a parent company, and if so, what company.

    **No.**

2.  Whether the named Defendant has publicly traded stock.

    **No.**

3.  Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

    **No.**

    Respectfully submitted,

    DOGAN & WILKINSON, PLLC

    s/ Nathan A. Bosio
    NATHAN A. BOSIO

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| vs. ) | 2:07-CV-607-WKW |
| ) | |
| A. O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A. O. SMITH ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ Nathan A. Bosio
NATHAN A. BOSIO
AL Bar # 4003-A55B
Attorney for Defendant Guard-Line, Inc.
DOGAN & WILKINSON, PLLC
P.O. Box 1618
Pascagoula, MS 39568
Telephone: (228)762-2272
Facsimile: (228) 762-3223

W:\ASBESTOS\STATE\Alabama\Complaint Answers\Guardline\HUmphreys, grady Corporate Disclosure.wpd