IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GRADY O. HUMPHREYS, ET AL., | ) | |
| | ) | CIVIL ACTION NO. |
| PLAINTIFFS, | ) | |
| | ) | 2:07-CV-607-WKW |
| V. | ) | |
| | ) | |
| A.O. SMITH ELECTRICAL | ) | |
| PRODUCTS COMPANY, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
THE GOODYEAR TIRE & RUBBER CO.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, The Goodyear Tire & Rubber Co., discloses that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

/s/ William L. Waudby
One of the Attorneys for Defendant,
The Goodyear Tire & Rubber Co.

Of Counsel:
William L. Waudby
BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama  35203
bwaudby@bakerdonelson.com
(205) 244-3894 – direct telephone
(205) 488-3737 – direct fax

B WLW 773383 v1
2616900-010545 2/12/2008

## Certificate of Service

  I hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to counsel of record.

/s/ William L. Waudby
Of Counsel
