IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| GRADY O. HUMPHREY, et.al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:07-CV-607-WKW |
| ) | |
| ALBANY INTERNATIONAL, et.al. , ) | |
| ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW American Optical Corporation, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Coast Holdings, Inc. | AO is a wholly-owned subsidiary |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

 February 13, 2008                     **s/Freddie N. Harrington, Jr.**
Date                                                 Counsel

Freddie N. Harrington, Jr.
Counsel for American Optical Corporation
2450 Valleydale Road
Birmingham, Alabama 35244
Address, City, State Zip Code
 205-967-9675
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Freddie N. Harrington, Jr., Esq., do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of February 2008, to:

    All counsel of record as provided by the CM/ECF system


February 18, 2008                          s/Freddie N. Harrington, Jr.
Date                                            Signature