IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.** § | |
| § | |
| **Plaintiffs** § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:07-CV-607-WKW |
| § | |
| **A.O. SMITH ELECTRICAL** § | |
| **PRODUCTS COMPANY, et al.** § | |
| § | |
| § | |
| **Defendants** § | |

## DEFENDANT SUNBEAM PRODUCTS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Sunbeam Products, Inc. ("Sunbeam"), by and through its undersigned attorneys, files the following Corporate Disclosure Statement:

1. Sunbeam is not a publicly traded company.

2. Sunbeam's parent company is Jarden Corporation.

3. Jarden Corporation is a publicly traded corporation that owns 10% or more of Sunbeam.

    Respectfully Submitted,

**SUNBEAM PRODUCTS, INC.**

BY:   */s/ Randi Peresich Mueller*
       RANDI PERESICH MUELLER, ASB# 7546-R71M
       PAGE, MANNINO, PERESICH &
       MCDERMOTT, P.L.L.C.
       460 BRIARWOOD DRIVE, SUITE 415
       POST OFFICE BOX 16450
       JACKSON, MS  39236
       (601) 896-0114/FAX (601) 896-0145

**CERTIFICATE OF SERVICE**

I, RANDI PERESICH MUELLER, of the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated:  February 20, 2008.

                                      */s/ Randi Peresich Mueller*
                                      RANDI PERESICH MUELLER
                                      PAGE, MANNINO, PERESICH &
                                      MCDERMOTT, P.L.L.C.
                                      POST OFFICE BOX 16450
                                      JACKSON, MS 39236
                                      TELEPHONE: (601) 896-0114
                                      FACSIMILE: (601) 896-0145