A CERTIFIED TRUE COPY

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2007

FILED
CLERK'S OFFICE

RECEIVED

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-287)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,398 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 9-27-07

ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## SCHEDULE CTO-287 - TAG-ALONG ACTIONS
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**ALABAMA MIDDLE**
ALM 2 07-607          Grady O. Humphreys, et al. v. A.O. Smith Electrical Products Co., et al.

**CALIFORNIA NORTHERN**
~~CAN 4 07-4240          Robert F. Lyman, et al. v. Union Carbide Corp., et al.~~     Opposed 9/21/07

**ILLINOIS SOUTHERN**
~~ILS 3 07-581          James Weese v. Union Carbide Corp., et al.~~     Opposed 9/19/07

**MARYLAND**
~~MD 1 07-1870          James Samuel Warfield, et al. v. Northrop Grumman Ship Systems, Inc., et al.~~     Opposed 9/20/07

**MINNESOTA**
MN 0 07-3659          Raymond C. Allison, et al. v. Alfa Laval, Inc., et al.

**MISSISSIPPI SOUTHERN**
MSS 1 07-911          Kennedy L. Jackson v. FMC Corp., et al.
MSS 1 07-912          Nepolia M. Myles v. Sears Roebuck & Co., et al.
MSS 1 07-944          Robert Valentine, etc. v. Plastics Engineering Co., et al.
MSS 1 07-985          Elaine H. Collins v. Plastics Engineering Co., et al.
MSS 1 07-986          Annie Pearl Douglas v. Plastics Engineering Co., et al.
MSS 1 07-987          Helen S. Franklin v. Plastics Engineering Co., et al.
MSS 1 07-1001         Catherine J. Conway v. Garlock, Inc., et al.

**NORTH CAROLINA EASTERN**
NCE 4 07-80           Thomas Wiley Lewis, et al. v. Aqua-Chem, Inc., et al.
NCE 4 07-98           Jerry Wayne Edwards, et al. v. Aqua-Chem, Inc., et al.
NCE 7 07-105          John Maurice Freeman, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 07-619          Billy Gene Gaskey, et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-620          Carolyn P. Burgess v. Aqua-Chem, Inc., et al.
NCM 1 07-625          Luther Chalmers Upright, et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-626          Jeffrey Lewis Dunovant, et al. v. Aqua-Chem, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW 1 07-226          Max Lamar Jolly, et al. v. Aqua-Chem, Inc., et al.
NCW 1 07-233          Clyde S. Crawford, et al. v. 3M Co., et al.
NCW 1 07-274          Lisa Williams, etc. v. A.W. Chesterton Co., et al.
NCW 1 07-279          Max Long Gilleland, et al. v. Aqua-Chem, Inc., et al.
NCW 1 07-280          Tommy Michael Gilmore, et al. v. Aqua-Chem, Inc., et al.
NCW 1 07-281          Steven Maurice Van Vynckt, et al. v. Aqua-Chem, Inc., et al.
NCW 1 07-282          Michael Eason Rankin, et al. v. Aqua-Chem, Inc., et al.
NCW 1 07-283          Randall Paul Graver, et al. v. Aqua-Chem, Inc., et al.
NCW 1 07-284          Jewell Johnson Brown, etc. v. Anchor Packing Co., et al.
NCW 1 07-285          Brannon Bright, etc. v. CNA Holdings, Inc., et al.
NCW 1 07-287          Randy Lee Banks, et al. v. Aqua-Chem, Inc., et al.
~~NCW 1 07-289          Coyte Reginald Williams, et al. v. Aqua-Chem, Inc., et al.~~
NCW 1 07-291          Gordon Eugene Gregory, et al. v. Aqua-Chem, Inc., et al.
NCW 1 07-292          Hugh Allen Black, et al. v. Aqua-Chem, Inc., et al.

**NEBRASKA**
NE 8 07-320          Eleanor Sautter, etc. v. BNSF Railway Co.