**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

September 27, 2007

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Thomas C. Caver, Clerk
U.S. District Court for the
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

        IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION
                      MDL 875 CTO-287; MD-AL, 2:07-607

Dear Clerk:

    The enclosed Conditional Transfer Order is being sent to you regarding the involved action listed above. This case has been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.**

    Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

                                         Sincerely,

                                         MICHAEL E. KUNZ
                                         Clerk of Court

                                         Tom Dempsey
                                         MDL Docketing Clerk

Enclosure