**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 11, 2008

# NOTICE OF MDL TRANSFER

Michael E. Kunz, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

Re:  In Re: MDL 875 Asbestos Products Liability Litigation
     USDC/MDAL Civil Action No. 2:07cv607-WKW
     Grady O. Humphreys, et al vs. A.O. Smith Electrical Products

Dear Clerk:

The referenced case is being transferred to your court pursuant to the Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 9/1/2007.

As requested in your letter, the Middle District of Alabama will continue to maintain the record and docket responsibility regarding this matter.

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE EASTERN DISTRICT OF LOUISIANA.**