IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION**

MDL DOCKET NO. 875

**GRADY O. HUMPHREYS, et al., vs.
A.O. SMITH ELECTRICAL
PRODUCTS COMPANY, et al.**

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**

    **Plaintiffs,**

vs.

**ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,**

CIVIL ACTION NO.
2:07-CV-607-WKW

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs Grady O. Humphreys, et al., and Defendant ArvinMeritor, Inc., by and through their respective attorneys of record, and file this Joint Stipulation of Dismissal With Prejudice and request that all claims of all Plaintiffs against Defendant ArvinMeritor, Inc. be dismissed with prejudice.

The Stipulation of Dismissal is effective as to all Plaintiffs in the above-captioned action and only as to claims against Defendant ArvinMeritor, Inc. and plaintiffs reserve their rights to

pursue any other claims they may have against any other defendant. This Stipulation does not alter the plaintiffs' claims against the remaining defendants.

Respectfully submitted this 11th day of March, 2008.

/s/ G. Patterson Keahey
G. PATTERSON KEAHEY
*Attorney for Plaintiffs*

LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE:       205-8871-0707
FACSIMILE: 205-871-0801
EMAIL:        alasbestos@mesohelp.com

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P
*Attorneys for ArvinMeritor, Inc.*

Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008 a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P
*Attorneys for ArvinMeritor, Inc.*