IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION**

                          MDL DOCKET NO. 875

**GRADY O. HUMPHREYS, et al., vs.**
**A.O. SMITH ELECTRICAL**
**PRODUCTS COMPANY, et al.**

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**

       **Plaintiffs,**

vs.                                                                           CIVIL ACTION NO.
                                                                              2:07-CV-607-WKW

**ASBESTOS DEFENDANTS:**
**A. O. SMITH ELECTRICAL PRODUCTS**
**COMPANY, a division of A.O. SMITH**
**CORPORATION, et al.,**

       Defendants.
_____/

**JOINDER AND ADOPTION IN RAPID AMERICAN CORPORATION'S MOTION TO**
**DISMISS, OR IN THE ALTERNATIVE, MOTION TO SEVER AND**
<u>**FOR MORE DEFINITE STATEMENT**</u>

COME NOW Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation and Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company) and hereby join in and adopt as though fully set forth Rapid American's Motion to Dismiss, or in the Alternative, Motion to Sever and For More Definite Statement filed herein on February 6, 2008.

WHEREFORE, for all the arguments, citations to authority and for all other grounds the court deems applicable, Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation and Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company) respectfully request this Honorable Court to grant Rapid American's Motion to Dismiss, or in the Alternative, Motion to Sever and For More Definite Statement filed herein and to further grant all additional relief this Honorable Court deems necessary and proper.

Respectfully submitted this 18th day of March, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE 019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD015)
Alabama Bar No. ASB-3936-C60P

Counsel for Foseco, Inc., Maremont Corporation, Union Carbide Corporation and Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10375870-1                                                                 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

This 18th day of March, 2008.

                                              **HAWKINS & PARNELL, LLP**

                                              /s/ Evelyn M. Fletcher
                                              Evelyn M. Fletcher (FLE019)
                                              AL Bar No. ASB-1485-C19E
                                              Elizabeth B. Padgett (PAD 015)
                                              Alabama Bar No. ASB-3936-C60P

                                              Counsel for Foseco, Inc., Maremont Corporation
                                              and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400