IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GRADY HUMPHREYS, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.  2:07-607 |
| | ) | |
| A.O. SMITH ELECTRICAL | ) | |
| PRODUCTS, CO., ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**STATEMENT NOTING A PARTY'S DEATH – BOBBY ESSARY**

In accordance with Rule 25(a), Borg-Warner Corporation by its Successor in Interest,

BorgWarner Morse TEC, Inc.; Exteco, Inc. f/k/a Thermo Electric Co. Inc.; and The Marley-Wylain

Company d/b/a Weil-McLain Company, Inc., who are Defendants to this action note the death

during the pendency of this action of Plaintiff Bobby Essary on November 5, 2007.  See Exhibit 1.

Respectfully submitted,

BORG-WARNER CORPORATION BY ITS
SUCCESSOR IN INTEREST, BORGWARNER
MORSE TEC, INC.; EXTECO, INC. F/K/A
THERMO ELECTRIC CO. INC.; and THE
MARLEY-WYLAIN COMPANY D/B/A WEIL-
MCLAIN COMPANY, INC.


s/ Rocky W. Eaton
COUNSEL FOR SAID DEFENDANT

1

Of Counsel:

Rocky W. Eaton, EAT002

Aultman, Tyner, Ruffin & Swetman, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Phone:  601-583-2671
Facsimile:  601-583-2677

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 4th day of April, 2008 served a copy of the above and

foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.


<u>s/ Rocky W. Eaton</u>

# Exhibit 1



Welcome to RootsWeb.com



| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | H |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| Last Name | ESSARY | 863 | 863 |
| First Name | BOBBY | 46407 | 5 |

Viewing **1-5** of **5**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| ██████ | █ | █ | █ | █ | ████████ | | █████████ | 🛒 |
| ██████ | █ | ████ | ██████ | █████ | █████ | | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |
| BOBBY D ESSARY | 1940 | 05 Nov 2007 (V) | 35458 (Elrod, Tuscaloosa, AL) | (none specified) | ███-4450 | Alabama | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |
| ██████ | ████ | █████ | █████ | | ██████ | | ██████ | 🛒 |
| ██████ | ████ | █████ | █████ | ████████ | | | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |

Viewing **1-5** of **5**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.