IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:07-CV-607-WKW |
| A.O. SMITH ELECTRICAL ) | |
| PRODUCTS COMPANY, et.al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN OPTICAL CORPORATION'S JOINDER
IN MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AND BRIEF IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Defendant, American Optical Corporation, by and through its attorney of record, hereby joins in and adopts by references as if set forth fully herein, the Motion for Partial Summary Judgment (Doc.244) and the Brief Supporting the Motion for Partial Summary Judgment (Doc.245) filed on behalf of Moving Defendants, Borg Warner Morse Tec, Inc.; and Exteco, Inc., f/k/a Thermo Electric Co., Inc. In filing this Motion for Partial Summary Judgment, American Optical Corporation does not in any way waive any of the grounds against any plaintiffs against whom Summary Judgment is not specifically sought in this Motion.

Done this the 15th day of April, 2008.

                                          Respectfully submitted,

                                          **s/Freddie N. Harrington, Jr.**
                                          ASB-8773-G37F
                                          SCOTT, SULLIVAN, STREETMAN
                                          & FOX, P.C.
                                          2450 Valleydale Road
                                          Birmingham, Alabama 35244
                                          205-967-9675
                                          FAX: 205-967-7563
                                          fharrington@sssandf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:07-CV-607-WKW |
| A.O. SMITH ELECTRICAL ) | |
| PRODUCTS COMPANY, et.al, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>April 15, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: G. Patterson Keahey, Jr., Esq.

<u>Attorneys for Plaintiffs</u>
G. Patterson Keahey, Jr., Esq.
LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
(205) 871-0707

Respectfully submitted,

**s/Freddie N. Harrington, Jr.**
ASB-8773-G37F
SCOTT, SULLIVAN, STREETMAN
& FOX, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244
205-967-9675
FAX: 205-967-7563
fharrington@sssandf.com