IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al. | ) |
| | ) |
| *Plaintiffs*, | ) CIVIL ACTION CASE NO. |
| | ) 2:07-CV-607-WKW |
| VS. | ) |
| | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**DEFENDANT NIKKO MATERIALS USA, INC. D/B/A GOULD ELECTRONICS, INC.'S JOINDER IN MOVING DEFENDANTS BORG-WARNER CORPORATION BY ITS SUCCESSOR, BORG WARNER MORSE TEC, INC.; EXTECO, INC. F/K/A THERMO ELECTRIC CO. INC.; AND THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC. FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant Nikko Materials USA, Inc. d/b/a Gould Electronics, Inc., by and through its attorneys of record, and hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 244) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 245) filed on behalf of Moving Defendants Borg-Warner Corporation, by its Successor, Borg Warner Morse Tec., Inc., Exteco, Inc. f/k/a Thermo Electric Co. Inc. and The Marley-Wylain Company d/b/a Weil-McLain Company, Inc.

This 19th day of April, 2008.

/s/ Jennifer M. Thompson
Jennifer M. Thompson
Alabama Bar No. ASB-8287-E37T
COUNSEL FOR GOULD ELECTRONICS
INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **DEFENDANT NIKKO MATERIALS USA, INC. D/B/A GOULD ELECTRONICS, INC.'S JOINDER IN MOVING DEFENDANTS BORG-WARNER CORPORATION BY ITS SUCCESSOR, BORG WARNER MORSE TEC, INC.; EXTECO, INC. F/K/A THERMO ELECTRIC CO. INC.; AND THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC. FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** via electronic filing, to all counsel of record, including the following:

Counsel for Plaintiffs:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL 35209

All counsel of record in this case

This 19th ay of April, 2008.

/s/ Jennifer M. Thompson
Jennifer M. Thompson
Alabama Bar No. ASB-8287-E37T

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)