**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 21, 2008

# NOTICE OF ERROR

**To: All Counsel of Record**

**Case Style: Grady O. Humphreys vs. A.O. smith Electrical Products Company et al**

**Case Number: 2:07cv607-WKW**

**Referenced Pleading: Response to Motion**

**Docket Entry Number: 255**

**The referenced pleading was filed on \*\*\*April 18, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry to docket entry #257.  Counsel filed the second pleading to include the court caption for the Eastern District of Pennsylvania.**

**Parties are instructed to disregard #255 docketing entry and refer to docket entry # 257 for correct entry.**