# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875**

**Regarding:**

**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **2-07-CV-00607-WKW** |
| **A.O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS COMPANY, a division** | ) | |
| **of A.O. SMITH CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT BRANDON DRYING FABRICS' JOINDER IN MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, Defendant BRANDON DRYING FABRICS, by and through its attorney of record, and hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 244) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 245) filed on behalf of Moving Defendants, BORG WARNER MORSE TEC, INC.; EXTECO,

INC., f/k/a THERMO ELECTRIC CO., INC.; and THE MARLEY-WYLAIN

COMPANY, d/b/a WEIL-MCLAIN COMPANY, INC.

In the filing this Motion for Partial Summary Judgment, Brandon Drying

Fabrics does not in any way waive any grounds set forth in its previously filed

Motion to Dismiss (Doc. 149), nor does it waive any additional grounds for

summary judgment as to any plaintiffs against whom summary judgment is sought

in this motion, nor does it waive any grounds against any plaintiffs against whom

summary judgment is not specifically sought in this motion.


Respectfully submitted,

s/Matthew W. Robinett
MATTHEW W. ROBINETT
ASB-3523-I72M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax:  (205) 251-5479
E-mail:        mrobinett@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875**

**Regarding:**

## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **GRADY O. HUMPHREYS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.:** |
| | ) | **2-07-CV-00607-WKW** |
| **A.O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS COMPANY, a division** | ) | |
| **of A.O. SMITH CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

Respectfully submitted,

s/Matthew W. Robinett
MATTHEW W. ROBINETT
ASB-3523-I72M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax:  (205) 251-5479
E-mail:        mrobinett@nwkt.com