IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **GRADY HUMPHREYS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.:** |
| vs. | ) | |
| | ) | **2:07-607** |
| **A.O. SMITH ELECTRICAL PRODUCTS CO., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO DISMISS CERTAIN PLAINTIFFS**

COMES NOW the following Plaintiffs, by and through counsel of record, and hereby files this **Motion to Dismiss Without Prejudice** of all claims under the above-styled Complaint as to the following Plaintiffs *only*:

**Jean Hall,** personal representative of **Kathy Ivey,** deceased

**Shirley Keller,** personal representative of **John Wesley Faulkner,** deceased.

Respectfully submitted,

  s/  G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209
205-871-0707 (telephone)
205-871-0801 (fax)
info@mesohelp.com (e-mail)
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and sent via US Mail to the Clerk of the U.S District, Eastern District of Pennsylvania.
On this 29th day of April, 2008

          s/  G. Patterson Keahey, Jr.

Respectfully submitted,

         _____.
G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
Telephone:  (205) 871-0707
Facsimile:  (205) 871-0801
E-mail: info@mesohelp.com

IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **GRADY HUMPHREYS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | Civil Action No.: |
| vs. | ) | |
| | ) | 2:07-607 |
| **A.O. SMITH ELECTRICAL PRODUCTS CO., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE**

This cause coming before the Court and the Court being fully advised of the Motion to Dismiss without Prejudice filed herein, IT IS HEREBY ORDERED that the claims of certain Plaintiffs listed below against All Defendants be dismissed without prejudice, each party to bear its own costs:

**Jean Hall,** personal representative of **Kathy Ivey,** deceased

**Shirley Keller,** personal representative of **John Wesley Faulkner,** deceased.

ACCORDINLY, the claims of the Plaintiffs listed above against All Defendants are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

SO ORDERED THIS _____DAY OF _____, 2008

2

_____
THE HONORABLE JAMES T. GILES
UNITED STATES DISTRICT COURT JUDGE