IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**GRADY O. HUMPHREYS, et al.,**     **PLAINTIFFS**

vs.     **CIVIL ACTION NO. 2:07-CV-607-WKW**

**A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A. O. SMITH CORPORATION, et al.,**     **DEFENDANTS**

---

**OGLEBAY NORTON COMPANY'S JOINDER IN BORG-WARNER CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

COMES NOW Defendant, Oglebay Norton Company, by and through undersigned counsel, and hereby joins in and adopts the Motion for Partial Summary Judgment filed on April 4, 2008, by Defendant, Borg-Warner Corp. By so joining, Oglebay Norton Company does not waive any defenses otherwise available to it.

THIS 9th day of June, 2008.

    Respectfully submitted,

    Oglebay Norton Company

    By: s/ Cyrus C. Barger, III_____
        Cyrus C. Barger, III, AL Bar #BAR137

JUDE & JUDE, PLLC
6424 U. S. Hwy 98 West, Suite 50
P. O. Box 17468
Hattiesburg, MS 39404-7468
Telephone: (601) 579-8411
Facsimile: (601) 579-8461

## CERTIFICATE OF SERVICE

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company, do hereby certify that I have this day electronically filed, a true and correct copy of the above and foregoing Oglebay Norton Company's Joinder in Borg-Warner Corp.'s Motion for Partial Summary Judgment with the Clerk of the Court and Plaintiff's counsel and have served all known Defense counsel via e-transmission.

THIS, 9th day of June, 2008.

                                                    s/ Cyrus C. Barger, III  
                                                  Cyrus C. Barger, III

F:\FILES\FEI\Al\Joinders\Humphreys_Gray_Jndr_BorgWarner_MTD_052808.doc