## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GRADY O. HUMPHREYS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | **2:07-CV-607-WKW** |
| vs. ) | |
| ) | |
| **ASBESTOS DEFENDANTS:** ) | |
| ) | |
| **A.O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

### GARLOCK SEALING TECHNOLOGIES LLC'S JOINDER IN MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant, GARLOCK SEALING TECHNOLOGIES LLC, by and through its attorneys of record, and hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 244) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 245) filed on behalf of Moving Defendants, BORG WARNER MORSE TEC, INC.; EXTECO, INC. F/K/A THERMO ELECTRIC CO., INC., AND THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC.

                                              s/Edward B. McDonough, Jr.
                                              Edward B. McDonough, Jr. (MCDOE0149)
                                              Gary W. Fillingim (FILLG1161)
                                              Attorneys for Defendant,
                                              GARLOCK SEALING TECHNOLOGIES LLC

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on June 11th , 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      s/Edward B. McDonough, Jr.
                                      Edward B. McDonough, Jr.