# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GRADY O. HUMPHREYS, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 2:07-CV-607-WKW |
| vs. ) | |
| ) | |
| ASBESTOS DEFENDANTS: ) | |
| ) | |
| A.O. SMITH ELECTRICAL PRODUCTS) | |
| COMPANY, a division of A.O. SMITH ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## BUFFALO PUMPS, INC.'S JOINDER IN MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant, BUFFALO PUMPS, INC., incorrectly identified in the Complaint as "Buffalo Pump Inc.", by and through its attorneys of record, and hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 244) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 245) filed on behalf of Moving Defendants, BORG WARNER MORSE TEC, INC.; EXTECO, INC. F/K/A THERMO ELECTRIC CO., INC., AND THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC.

s/Edward B. McDonough, Jr.
Edward B. McDonough, Jr. (MCDOE0149)
Gary W. Fillingim (FILLG1161)
Attorneys for Defendant,
BUFFALO PUMPS, INC.'S

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June <u>11th</u>, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                s/Edward B. McDonough, Jr.
                Edward B. McDonough, Jr.