IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **GRADY O. HUMPHREYS, ET AL.** | PLAINTIFF |
| VS. | CIVIL ACTION NO. 2:07-CV-607-WKW |
| **A.O. SMITH ELECTRICAL PRODUCTS COMPANY, ET AL.** | DEFENDANTS |

**AGREED ORDER OF DISMISSAL OF SUNBEAM PRODUCTS INCORPORATED**

**THIS MATTER** came to the Court on the joint motion of all of the Plaintiffs and Sunbeam Products Incorporated for a dismissal with prejudice. The Court, having considered said Motion, and otherwise being fully advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint, all amendments thereto and all claims and causes of action encompassed by the Complaint and amendments thereto, including all claims or causes of action which were or might have been asserted by the Plaintiffs against Sunbeam Products Incorporated are hereby dismissed with prejudice, with each party to bear their own costs.

Plaintiffs reserve the right to pursue in any bankruptcy action, bankruptcy estate, or trust created by a bankruptcy action or bankruptcy estate, any and all asbestos claims viable on the filing date of this motion against Sunbeam Products Incorporated,

and any Defendant named herein who is subsequently placed in bankruptcy (voluntarily or involuntarily).

This Dismissal is effective only as to the claims of all Plaintiffs against Sunbeam Products Incorporated; Plaintiffs reserve their right to pursue any other claims they may have against any other Defendant. This does not alter the Plaintiffs' claims against the remaining Defendants.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter this order forthwith, there being no just cause for delay.

**SO ORDERED**, this the 23rd of day July, 2008.

Judge James T. Giles

/s/ G. Patterson Keahey
G. Patterson Keahey ASB-6357-A64G
Attorney for Plaintiff
LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, AL 35209
Tel: (205) 871-0707
Fax: (205) 871-0801

/s/ Randi Peresich Muller
Randi Peresich Mueller ASB-7546-R71M
Attorney for Defendant,
PAGE, MANNINO, PERESICH & MCDERMOTT, PLLC
460 Briarwood Drive, Suite 415
P. O. Box 16450
Jackson, MS 39236
Tel: (601) 896-0114
Fax: (601) 896-0145